UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Stephen and Stephanie Phillips,<br><br>Plaintiff,<br><br>vs.<br><br>NORCOLD, INC., a foreign corporation,<br><br>Defendants. | No. 2:23-cv-00231-JCC<br><br>ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC.<br><br>JURY DEMAND |

Defendant, Norcold LLC f/k/a Norcold, Inc. ("Norcold") answers Plaintiff's Complaint as follows, denying all allegations unless specifically admitted:

**JURISDICTION**

1. Admit this Court has diversity subject matter jurisdiction over this action, as set forth in Norcold's Notice of Removal. *See* Dkt. 1. Deny all other allegations.

2. Admit the Western District of Washington at Seattle is the proper venue for this action, as set forth in Norcold's Notice of Removal. *See* Dkt. 1. Deny all other allegations.

ANSWER AND AFFIRMATIVE DEFENSES BY
DEFENDANT NORCOLD LLC f/k/a NORCOLD
INC. (Case No. 2:23-cv-00231-JCC) - 1
js/JS6317.106/4371151x



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## PARTIES

3. Admit on information and belief that Plaintiff is a citizen of the State of Illinois with its principle place of business in Illinois. Deny all other allegations.

4. Admit Norcold is a limited liability company organized under the laws of Delaware, with its principal place of business in Ohio. Norcold admits that it manufactures and distributes gas absorption refrigerators. Norcold further admits that it distributes its refrigerators only to original equipment manufacturers and distributors. Norcold denies all other allegations.

## FACTUAL ALLEGATIONS

5. Deny for lack of information and knowledge.

6. Deny for lack of information and knowledge.

7. Deny for lack of information and knowledge.

8. Admit a fire occurred at the subject property on or about January 29, 2021. Deny all other allegations for lack of information and knowledge.

9. Deny.

10. Deny.

11. Deny for lack of information and knowledge.

12. Deny for lack of information and knowledge.

## CLAIM FOR RELIEF
### Product Liability

13. Norcold incorporates all of its preceding responses herein.

14. Norcold admits only that it designs, manufactures, and sells gas absorption refrigerators. Norcold denies all other allegations.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC. (Case No. 2:23-cv-00231-JCC) - 2
js/JS6317.106/4371151x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

15. Deny.

16. Deny.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff and its agents, employees, representatives, experts, insureds, and/or others acting on its behalf failed to preserve and destroyed important and relevant evidence located at the fire scene, amounting to evidence spoliation and thereby warranting the Court to dismiss this action as a result.

2. The fire forming the basis of this lawsuit did not originate at the subject Norcold refrigerator.

3. The fire forming the basis of this lawsuit was not caused by the subject Norcold refrigerator.

4. Norcold was not negligent in any manner with regard to the subject Norcold refrigerator, including but not limited to designing the refrigerator, manufacturing the refrigerator, and providing adequate instructions and warnings with the refrigerator.

5. The subject Norcold refrigerator was reasonably safe as designed.

6. The subject Norcold refrigerator was reasonably safe as constructed.

7. The subject Norcold refrigerator was reasonably safe because Norcold provided adequate warnings and instructions with the refrigerator for its safe use.

8. Any alleged absence of warnings or instructions did not render the subject Norcold refrigerator defective or not reasonably safe.

9. Any alleged act or omission on the part of Norcold was not a proximate and/or contributing cause of the subject fire or Plaintiff's alleged damages, if any.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC. (Case No. 2:23-cv-00231-JCC) - 3
js/JS6317.106/4371151x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

10. The subject Norcold refrigerator did not possess any defect and was not in a defective, unsafe, or unreasonably dangerous condition when the refrigerator left the possession of Norcold.

11. The subject Norcold refrigerator did not deviate in any material way from its design specifications or performance standards when it left the control of Norcold.

12. The subject Norcold refrigerator did not deviate in any material way from otherwise identical units of the same product line when it left the control of Norcold.

13. Plaintiff's claims are barred in whole or in party by limitation and/or disclaimer of warranties.

14. Any alleged defect in the subject Norcold refrigerator was not a producing, proximate, and/or contributing cause of the occurrence made the basis of this lawsuit or Plaintiff's alleged damages, if any.

15. The subject Norcold refrigerator complied with all relevant industry customs and with all governing standards and regulations pertaining to the design, construction, and performance of gas absorption refrigerators.

16. No safer, alternative design for the subject Norcold refrigerator existed at the time the refrigerator was manufactured that was technologically and economically feasible.

17. The improper installation, use, handling, alteration, care, modifications, and/or maintenance of the subject Norcold refrigerator or its component parts by persons, entities, and/or parties over whom Norcold did not actually control or retain the right to control and for whom Norcold is not legally responsible.

18. Norcold had no control over the maintenance, handling, or use of its products and if any defect or deficiency existed in a product manufactured by Norcold at the time of

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC. (Case No. 2:23-cv-00231-JCC) - 4
js/JS6317.106/4371151x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

the occurrence made the basis of this suit, then such defect or deficiency did not relate to the original design, manufacture, or sale of the product, or of any problems undertaken by Norcold, but rather was the result of other acts or omissions by others for whom Norcold is not responsible, including but not limited to negligent or faulty maintenance, handling, use, or alteration.

19.     To the extent the fire forming the basis of this lawsuit was caused by the subject Norcold refrigerator, which is denied, then Plaintiff's claims are barred in whole or in part by the abuse, misuse, or improper, unforeseeable, or unintended use of the subject Norcold refrigerator by others for whom Norcold is not responsible.

20.     Plaintiff's claims are barred in whole or in part by the economic loss doctrine.

21.     Plaintiff failed to mitigate its damages.

22.     Plaintiff's claimed damages are improper, speculative, overvalued, and/or not reasonably valued, do not reflect a reasonable market value, repair, and/or replacement value, do not provide for all proper offsets, and/or are unrecoverable as a matter of law.

23.     Norcold pleads and invokes any and all defenses available to Norcold under Chapter 7.72 of the Revised Code of Washington.

24.     Norcold pleads and invokes the provisions of Chapter 4.22 of the Revised Code of Washington.

25.     Norcold reserves the right to amend and/or supplement its answer to add defenses as additional facts are obtained through discovery and investigation.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC. (Case No. 2:23-cv-00231-JCC) - 5
js/JS6317.106/4371151x

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**PRAYER FOR RELIEF**

Norcold prays for judgment:

1. Dismissing Plaintiff's claims with prejudice;

2. For an apportionment of fault pursuant to RCW 4.22 et seq. as supported by the evidence;

3. For all attorney's fees and costs incurred; and

4. For such further relief the Court deems just and equitable.

**JURY DEMAND**

Defendant demands a jury trial on all issues.

DATED: February 27, 2023.

By: *s/ Dylan E. Jackson*
By: *s/ Jeff M. Sbaih*
    Dylan E. Jackson, WSBA No. 29220
    Jeff M. Sbaih, WSBA No. 51551
    WILSON SMITH COCHRAN DICKERSON
    1000 Second Avenue, Suite 2050
    Seattle, WA 98104-3629
    Telephone: (206) 623-4100 / Fax: (206) 623-9273
    Email: jackson@wscd.com / sbaih@wscd.com
    Attorneys for Defendant Norcold LLC f/k/a Norcold, Inc.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT NORCOLD LLC f/k/a NORCOLD INC. (Case No. 2:23-cv-00231-JCC) - 6
js/JS6317.106/4371151x

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273