UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORCOLD INC.,<br><br>Defendant. | CASE NO. 2:23-cv-231<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

  This matter comes before the Court on the parties' proposed order for entry of a stipulated protective order. Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court directs the parties to submit the redlined version by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

MINUTE ORDER - 1

Dated this 15th day of May, 2023

Ravi Subramanian

Clerk

/s/ Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2