Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ENCOMPASS INSURANCE COMPANY,** as subrogee of Stephen and Stephanie Phillips,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**NORCOLD, INC.**, a foreign corporation,<br><br>　　　　　　Defendant. | NO. 2:23-cv-00231<br><br>ORDER GRANTING ESSENTIA'S MOTION TO INTERVENE |
| **ESSENTIA INSURANCE COMPANY**,<br><br>　　　　　　Intervention Plaintiff,<br><br>　　v.<br><br>**NORCOLD, INC.**, a foreign corporation,<br><br>　　　　　　Intervention Defendant. | |

THIS MATTER having come before this Court on the Parties' Stipulated Motion to Permit Intervention by ESSENTIA INSURANCE COMPANY ("Motion"), and the Court being fully advised; now, therefore:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is GRANTED;

IT IS FURTHER ORDERED that ESSENTIA INSURANCE COMPANY is permitted to intervene in this action with Cause No. 2:23-cv-00231, pursuant to FRCP 24; and

IT IS FURTHER ORDERED that the pleading accompanying the Motion shall be filed and served on the Parties, ENCOMPASS INSURANCE COMPANY and NORCOLD, INC., as provided in FRCP 5.

DATED this 30th day of November, 2023

_____
Jamal N. Whitehead
United States District Judge

Presented by:

HOLT WOODS & SCISCIANI LLP

   /s/ Anthony R. Scisciani
Anthony R. Scisciani III, WSBA No. 32342
ascisciani@hwslawgroup.com
Christopher A. Luhrs, WSBA No. 43175
cluhrs@hwslawgroup.com
Attorneys for Intervenors

ORDER GRANTING STATE FARM'S MOTION TO
INTERVENE AND CLARIFICATION OF
GOVERNING CASE SCHEDULE – Page 2 of 2

HWS LAW GROUP
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200 F: (206) 223-4065