UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Stephen and Stephanie Phillips,<br><br>Plaintiff,<br><br>v.<br><br>NORCOLD INC., a foreign corporation,<br><br>Defendant. | CASE NO. 2:23-cv-231<br><br>MINUTE ORDER |
| ESSENTIA INSURANCE COMPANY,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>NORCOLD INC., a foreign corporation,<br><br>Intervenor-Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On December 18, 2023, the Court ordered the parties to submit a status report "in the form prescribed by the

MINUTE ORDER - 1

District's Expedited Joint Motion Procedure" if they could not resolve their differences over Requests for Production 4, 7, and 12. Dkt. No. 34 (citing LCR 37(a)(2)). On March 5, 2024, Defendant Norcold, Inc. moved to modify the stipulated protective order regarding the treatment of documents responsive to Requests for Production 4, 7, 11, and 12. Dkt. No. 38. The Court STRIKES Norcold's motion for failure to follow the Court's prior order. The Court ORDERS the parties to submit a joint status report consistent with the Court's prior order. If necessary to resolve the issues raised, the Court will schedule oral argument with the parties. A formal ruling will follow.

Dated this 8th day of March 2024.

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2