UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, a subrogee of Stephen and Stephanie Phillips,<br><br>              Plaintiff,<br><br>   v.<br><br>NORCOLD INC., a foreign corporation,<br><br>             Defendant. | CASE NO. 2:23-cv-231<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court held a Zoom hearing on April 24, 2024, regarding the parties' LCR 37 Joint Submission (Dkt. No. 44) and their Stipulated Motion to Continue Trial Date and Case Schedule (Dkt. No. 50).

MINUTE ORDER - 1

The Court GRANTS Norcold's request to modify the existing protective order. "Confidential material," as that term is used in the protective order, will also include the following category of documents and information: "Norcold's internal and non-public product liability claim files and associated documents related to its gas absorption refrigerators."

Based on the representations of counsel during oral argument, the Court denies Encompass's motion regarding Interrogatory Number 11 and Request for Production Number 4.

The Court finds that the parties have not adequately conferred regarding Requests for Production Numbers 7 and 12 and directs them to continue their meet and confer efforts. If the parties remain at impasse after two weeks from the date of this order, they must submit a joint statement totaling no more than 8 pages to the Court detailing their respective positions and relief requested by May 15, 2024. The Court will then schedule a time for the parties to meet and confer one final time in a conference room at the United States Courthouse before proceeding with oral argument to address any remaining issues and whether sanctions are appropriate.

Finally, the Court GRANTS the parties' stipulated motion to continue the trial date and case schedule. Dkt. No. 50. This is the last continuance the Court will grant in this case. The parties are directed to provide their availability for trial in January-March 2025 to Grant Cogswell, Courtroom Deputy, by April 29, 2024.

Dated this 24th day of April 2024.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 3