# Exhibit C

| | |
|---|---|
| **From:** | Sabrick, Thomas |
| **Sent:** | 3/12/2021 3:24:13 PM |
| **To:** | ███████████████ |
| **Subject:** | Z6325176 Demo and debris remova Costs |
| **Attachments:** | Attachment.pdf , image001.pg , FCDocument.doc |

Hi Stephen,
F/U from our conversation payment has been issued. Please see attached letter. Have a great weekend.

*Thomas Sabrick*, *Sr Claim Service Consultant*
**Encompass Insurance**
PO Box 660187
Da as TX 75266-0187
PH: 800-262-1145
Ce : 610-698-0201
FAX: 855-219-7427
thomas.sabrick@encompassins.com



This e-mai may contain confidentia information and is intended for the recipient(s) on y. If an addressing or transmission error has misdirected this e-mai , p ease notify the author by returning this e-mai to the sender and immediate y de ete the e-mai and a attachments. Unauthorized disc osure, distribution, copying, or printing of this e-mai and its contents is strict y prohibited.

Interna Information

PLAINTIFF 00011

EXHIBIT 4

R and J Dirtworks INC
22382 Mud Lake Rd
Mount Vernon, WA 98273
(360) 391-2718
rjdirtworks@gmail.com



# Estimate

**ADDRESS**
Phillips
12312 127th Ave NE
Lake Stevens, WA 98258

**ESTIMATE #** 1201
**DATE** 03/09/2021
**EXPIRATION DATE** 04/08/2021

**JOB DESCRIPTION**
Fire demo and removal of debris

**JOB LOCATION**
12312 127th Lake Stevens

| SERVICE DATE | SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Site prep<br>Fire demo and removal of debris<br>Airplane hanger and attached garage labor and disposal.<br>Disconnect and cap existing water line at hanger.<br>Equipment and labor included.<br>Demo and removal of all debris of above structure with exclusion of the items listed below. Equipment, labor, and dump fees included.<br>Foundation and slab are excluded from this bid.<br>Disposal of vehicles are excluded from this bid | | | 59,000.00T |

20% of bid is due pre-job. The remainder is due upon completion of said job. Any change orders, and/or extras will be due at time of change, or upon completion of the job depending on changes, and/or the discretion of R and J Dirtworks INC.

SUBTOTAL  59,000.00
TAX (7.8%)  4,602.00
TOTAL  **$63,602.00**

Accepted By  *[signature]*

Accepted Date  3/10/2021

PLAINTIFF 000116