# Exhibit D

```
 1              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON AT SEATTLE
 2   _____
 3    ENCOMPASS INSURANCE COMPANY,   )
      as subrogee of Stephen and     )
 4    Stephanie Phillips,            )
                                     )
 5              Plaintiff,           )
          vs.                        )
 6                                   )
      NORCOLD, INC., a foreign       )
 7    corporation,                   )
                Defendant.           ) No.
 8    _____   )
                                     ) 2:23-CV-00231-JNW
 9    ESSENTIA INSURANCE COMPANY,    )
          Intervenor-Plaintiff,      )
10                                   )
          vs.                        )
11                                   )
      NORCOLD, INC., a foreign       )
12    corporation,                   )
                                     )
13        Intervenor-Defendant.      )
14   _____
15
16   VIDEO-RECORDED REMOTE DEPOSITION UPON ORAL EXAMINATION
17                           OF
18                     SCOTT L. ROBERT
19   _____
20
21      WITNESS TIME: 9:00 A.M. Pacific Daylight Time
22                   October 15, 2024
23      WITNESS LOCATION: Mountlake Terrace, Washington
24
25   Reported by: CONNIE FARANDA, RPR, CCR 2240, CSR 20-0462
```

Page 1

1                MR. FOSS:  Todd Foss for Defendants --
2     or Defendant Norcold.
3                MS. SHEWBERT:  Kelsey Shewbert on behalf
4     of Essentia.
5                THE VIDEOGRAPHER:  And will the reporter
6     please swear so we may proceed.
7
8                      SCOTT L. ROBERTS
9        sworn as a witness by the Certified Court Reporter,
10                     testified as follows:
11
12                          EXAMINATION
13    BY MR. FOSS:
14        Q.   Hello.  Can you please state your full name
15    for the record for us?
16        A.   Sure.  My name is Scott Lee Roberts.
17        Q.   Okay.  Mr. Roberts, as you heard, my name is
18    Todd Foss.  I represent the defendant in this lawsuit.
19             You understand you're here today to give a
20    deposition in connection with a lawsuit that arises out
21    of a fire incident that occurred on January 29th, 2021,
22    at the premises owned by Stephen and Stephanie Phillips
23    in Lake Stevens, Washington.
24        A.   Yes.
25        Q.   Okay.  You've given your deposition many

Veritext Legal Solutions
346-293-7000

```
 1         Q.  Did you take any photographs on your second
 2    scene exam when you were there with Jeff Marsh?
 3         A.  No.
 4         Q.  Did you attend any other scene exams other
 5    than the -- the initial scene exam on January 31st --
 6    I'm sorry.  January -- is it January 30th?
 7             January 30th.  Let me -- let me back up.
 8             Your initial scene exam was on January 30th,
 9    2021; is that right?
10         A.  Yes.
11         Q.  Okay.  That was the day after the fire?
12         A.  Yes.
13         Q.  And it was the day after you were called by
14    George Shumsky of the Shumsky & Backman Law Firm
15    representing the Phillips' insurance company, Encompass
16    Insurance?
17         A.  Yes.
18         Q.  Okay.  And then you return with your colleague
19    at Jensen Hughes, Jeff Marsh, two or three days later
20    on February 2nd, 2021.  Is that right?
21         A.  Yes.
22         Q.  Did you ever return to the fire scene beyond
23    those two instances?
24         A.  Once.
25         Q.  Okay.  When was that?
```

Page 24

1    Q.   Okay.  Document request number 11 requests
2  production of all witness statements taken or reviewed
3  by you in connection with this case.
4         Did I read that correctly?
5    A.   Yes.
6    Q.   Okay.  Do you have any responsive documents in
7  your possession?
8    A.   Just the field notes that I had mentioned
9  earlier on -- I believe it was number 7.
10   Q.   Okay.  And your field notes take down
11 statements made to you by which witness?
12   A.   Would be Mr. Phillips.
13   Q.   What about Stephanie Phillips?
14   A.   I believe I met with them both at the same
15 time.  I don't have anything separate for -- for either
16 of them.  It's just in one -- one note.
17   Q.   Was -- was Deputy Fire Marshal Dan Lorentzen
18 from the Snohomish County Fire Marshal's Office present
19 on January 30th during your initial scene inspection?
20   A.   No.
21   Q.   Was he present during the February 2nd, 2021,
22 scene inspection when you were there with Jeff Marsh?
23   A.   February 2nd, yes.
24   Q.   Are your field notes that you're referencing
25 and that haven't been produced in this case all in

Page 29

```
 1                    REPORTER'S CERTIFICATE

 2

 3         I, CONNIE FARANDA, the undersigned Certified Court

 4    Reporter, pursuant to RCW 5.28.010, authorized to administer

 5    oaths and affirmations in and for the states of Washington and

 6    Oregon, do hereby certify:  That the sworn testimony and/or

 7    proceedings, a transcript of which is attached, was given

 8    remotely before me at the time and place stated therein; that

 9    any and/or all witnesses were duly sworn to testify to the

10    truth; that the sworn testimony and/or proceedings were by me

11    stenographically recorded and transcribed under my

12    supervision, to the best of my ability; that the foregoing

13    transcript contains a full, true, and accurate record of all

14    the sworn testimony and/or proceedings given and occurring at

15    the time and place stated in the transcript; that a review of

16    which was requested; that I am in no way related to any party

17    to the matter, nor to any counsel, nor do I have any financial

18    interest in the event of the cause.

19          WITNESS MY HAND AND DIGITAL SIGNATURE this 24th day of

20    October 2024.

21    [signature: Connie Faranda]

22

23    CONNIE FARANDA, RPR

      Washington CCR #2240, expires 1/27/25

24    Oregon CSR #20-0462, expires 6/30/26

25
```

Page 190