HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Stephen and Stephanie Phillips,<br><br>Plaintiff,<br><br>vs.<br><br>NORCOLD, INC., a foreign corporation,<br><br>Defendant. | No. 2:23-cv-00231-JNW<br><br>DECLARATION OF BRENT J. HARDY IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS<br><br>MOTION DATE: November 22, 2024 |

I, Brent J. Hardy, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the following.

2. I make this declaration based on personal knowledge.

3. I am one of the attorneys for plaintiff Encompass Insurance Company in connection with the above captioned litigation.

4. Attached hereto as **EXHIBIT A** is a true and correct copy of Snohomish County Fire Marshal's Office's Incident Report and supporting materials associated with the fire that occurred at Stephen and Stephanie Philips home at 12312 127th Avenue Northeast in Lake Stevens, Washington that is the subject of this litigation.

DECLARATION OF BRENT J. HARDY IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS - 1
(2:23-cv-00231)

SHUMSKY & BACKMAN, PLLC
219 NW 20TH AVENUE, SUITE 201
BATTLE GROUND, WA 98604
(360) 891-0442

5. Attached hereto as **EXHIBIT B** is a true and correct copy of Plaintiff's March 4, 2024 Expert Disclosure Report prepared by Jensen Hughes related to the loss that is the subject of this litigation.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury.**

Dated this 12th day of November 2024 in Snoqualmie, Washington.

_____
Brent J. Hardy, WSBA #45405

DECLARATION OF BRENT J. HARDY IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS - 2
(2:23-cv-00231)

SHUMSKY & BACKMAN, PLLC
219 NW 20TH AVENUE, SUITE 201
BATTLE GROUND, WA 98604
(360) 891-0442