

# Snohomish County Fire Marshal's Office (WA)
## INCIDENT REPORT
### Official Law Enforcement Report - Unauthorized Dissemination is Prohibited




**Incident Type:** Fire / Accidental
**Agency Incident ID:**  2021-000018          **BATS ID: 1372897**
**Investigation Title:**  Phillips Fire Loss

## Incident Date/Time/Location

**Status**
Investigation Closed

**Start Date/Time**
1/29/2021 02:58 Friday

**Address**
12312  127th Avenue Northeast

**City/State/Zip**
Lake Stevens, WA 98258

**Jurisdiction**
Primary

**End Date/Time**
1/29/2021 13:12 Friday

**County**
Snohomish County

## Investigator Information

**Name**
Daniel L Lorentzen

**Title**
Deputy Fire Marshal

**Phone**
425-583-9739

**Badge Number**
FM5147

**Email**
dan.lorentzen@snoco.org

## Property Use or Target Information

**Type**
Residential

**Subtype**
1 (Single Family) or 2 Family Dwelling

**Status**
Occupied And Operating

This report may not be disseminated outside your agency without permission from the originating agency.          Page:    1

Law Enforcement Sensitive



**Sno~ ~nish County Fire Marshal's Office~ /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018          **BATS ID:** 1372897

**Investigation Title:**   Phillips Fire Loss

## Scene Details

### Area of Origin/Device Placement

**Area of Origin**

Storage Areas

**Area of Origin Subtype**

Vehicle storage area; garage, carport

**Fire Descriptors**

### Damage and Casualties

**Est. Damage**
$1260000.00
**Pre Incident Value**
$1300000.00

**Primary Gov't Association**

No Government Association

### Miscellaneous Information

**Other Agencies Involved**

Snohomish County Fire Protection
District 22

**External Case Number**

SCFPD 2021-000161

**Sky Conditions**

Mostly Cloudy

**Precipitation**

None

**Wind Speed/Direction**

1 MPH / W

**Temperature**

37F

**Precipitation Amount**

0.00 Inches

**Latitude**

48.108198

**Longitude**

-122.060730

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     2



**Snohomish County Fire Marshal's Office (WA)**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018                         **BATS ID:** 1372897

**Investigation Title:**   Phillips Fire Loss

## Insurance

### Insurance Information

**Insurance Company Name**                    **Insurance Type**

Foremost                                       Auto

### Insurance Holder

**Insured's Name**

Phillips, Stephen/Stephanie

### Insurance Coverage

### Insurance Company

### Insurance Agent

### Insurance Information

**Insurance Company Name**                    **Insurance Type**

Encompass Insurance                            Homeowner, includes an auto policy

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     3



**Snol...nish County Fire Marshal's Office    /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental

**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

**Insurance Holder**

**Insured's Name**

Phillips, Stephen/Stephanie

**Insurance Coverage**

**Insurance Company**

**Insurance Agent**

**Insurance Information**

**Insurance Company Name**                    **Insurance Type**

Hagerty Insurance                                 Auto, Classic car policies

**Insurance Holder**

**Insured's Name**

Phillips, Stephen/Stephanie

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    4



## Snohomish County Fire Marshal's Office (WA)
### INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

**Insurance Coverage**

**Insurance Company**

**Insurance Agent**

**Insurance Information**
**Insurance Company Name**                    **Insurance Type**
Old Republic Aerospace Insurance              Other, Aircraft insurance

**Insurance Holder**
**Insured's Name**
Phillips, Stephen/Stephanie

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    5

Law Enforcement Sensitive



## Snohomish County Fire Marshal's Office (A)
### INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**     2021-000018                    **BATS ID: 1372897**

**Investigation Title:**     Phillips Fire Loss

**Insurance Coverage**

**Insurance Company**

**Insurance Agent**

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     6



# Snohomish County Fire Marshal's Office (WA)

## INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental

**Agency Incident ID:**   2021-000018

**BATS ID:** 1372897

**Investigation Title:**   Phillips Fire Loss

## Contact Arrival

| Requesting Person | Requesting Agency | Requested Date | Arrival Date | Scene Released Date |
|---|---|---|---|---|
| Chief 69- Deputy Chief J. Stocker #AR0101 | Snohomish County Fire Protection District 22 | 1/29/2021 3:40 AM | 1/29/2021 4:08 AM | 1/29/2021 1:12 PM |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive



**Sno... ...nish County Fire Marshal's Office    /A)**
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss



## Person/Organization Information

**Name**

PHILLIPS, STEPHEN H

**Race**
White

**Sex**
M

**Juvenile**
No

**Relationship(s)**

Interviewed Party, Owner, Witness

## Address Information

**Street Address**
12312  127th Avenue Northeast

**City/State/Zip**              **County**
Lake Stevens, WA 98258    Snohomish County

## Contact Information

**Primary Phone**
425-442-3953

This report may not be disseminated outside your agency without permission from the originating
agency.                                                                 Page:    8

Law Enforcement Sensitive



**Snohomish County Fire Marshal's Office (WA)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

## Name

PHILLIPS, STEPHANIE M

**Race**

White

**Sex**

F

**Juvenile**

No

**Relationship(s)**

Interviewed Party, Owner, Witness

## Address Information

**Street Address**

12312  127th Avenue Northeast

**City/State/Zip**          **County**

Lake Stevens, WA 98258   Snohomish County

## Contact Information

**Primary Phone**

425-442-3953

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:      9

Law Enforcement Sensitive



**Sno̱  ̱nish County Fire Marshal's Office  ̱ /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

## Vehicles

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 8/2020 | 0D1340 | WA | Harley Davidson |
| **Type** | **VIN** | **Year** | |
| Motorcycle | 1HD1FC4157Y703840 | 2007 | |

**Involvements**

Collateral Damage - Fire

**Description**

FLHTCUI

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 5/2021 | 2F6385 | WA | Harley Davidson |
| **Type** | **VIN** | **Year** | |
| Motorcycle | 1HD1FR41X8Y683511 | 2008 | |

**Involvements**

Collateral Damage - Fire

**Description**

FLHRC

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 8/2020 | 2F6746 | WA | Yamaha |
| **Type** | **VIN** | **Year** | |
| Motorcycle | JYAVM01EX5A083681 | 2005 | |

**Involvements**

Collateral Damage - Fire

**Description**

XVS65

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 8/2020 | 1D8785 | WA | Vespa |
| **Type** | **VIN** | **Year** | |
| Motorcycle | ZAPM688F4D5003305 | 2013 | |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    10



# Snohomish County Fire Marshal's Office (WA)
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018            **BATS ID: 1372897**
**Investigation Title:**   Phillips Fire Loss

**Involvements**

Collateral Damage - Fire

---

| **License Expiration** | **License Plate** | **License State** | **Make** |
|---|---|---|---|
| 8/2020 | 1D8786 | WA | Vespa |
| **Type** | **VIN** | **Year** | |
| Motorcycle | ZAPM448F1A5019388 | 2013 | |

**Involvements**

Collateral Damage - Fire

---

| **License Expiration** | **Make** | **Type** | **Year** |
|---|---|---|---|
| / | Honda | Motorcycle | 1980 |

**Involvements**

Collateral Damage - Fire

**Description**

90

---

| **License Expiration** | **Make** | **Type** | **Year** |
|---|---|---|---|
| / | Honda | Motorcycle | 1970 |

**Involvements**

Collateral Damage - Fire

**Description**

85

---

| **Body Style** | **License Expiration** | **License Plate** | **License State** |
|---|---|---|---|
| Coupe | 10/2020 | BMS5176 | WA |
| **Make** | **Model** | **Primary Color** | **Type** |
| Chevrolet | Corvette | Black | Automobile |
| **VIN** | **Year** | | |
| 1G1F2D74J5104914 | 2018 | | |

**Involvements**

Collateral Damage - Fire

---

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    11

Law Enforcement Sensitive





**Snoh...nish County Fire Marshal's Office ...A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**     2021-000018          **BATS ID: 1372897**

**Investigation Title:**     Phillips Fire Loss

---

| **Body Style** | **License Expiration** | **License Plate** | **License State** |
|---|---|---|---|
| SUV | 7/2021 | BTZ7020 | WA |
| **Make** | **Model** | **Primary Color** | **Type** |
| Jeep | Wrangler | Blue | Automobile |
| **VIN** | **Year** | | |
| 2J4FY29S5NJ529033 | 1992 | | |

**Involvements**

Collateral Damage - Fire

---

| **Body Style** | **License Expiration** | **License Plate** | **License State** |
|---|---|---|---|
| Station Wagon | / | 20602D | WA |
| **Make** | **Model** | **Primary Color** | **Type** |
| Chevrolet | Nomad (Chevelle) | Bronze | Automobile |
| **VIN** | **Year** | | |
| VC57K182351 | 1957 | | |

**Involvements**

Collateral Damage - Fire

---

| **Body Style** | **License Expiration** | **License Plate** | **Make** |
|---|---|---|---|
| Coupe | / | 94933 | Ford |
| **Type** | **VIN** | **Year** | |
| Automobile | CAB4793 | 1930 | |

**Involvements**

Collateral Damage - Fire

**Description**

Model A, could not verify VIN or license plate number

---

| **License Expiration** | **License Plate** | **License State** | **Make** |
|---|---|---|---|
| / | 93674CV | WA | Nash |
| **Model** | **Primary Color** | **Secondary Color** | **Type** |
| Metropolitan | Red | White | Automobile |

---

This report may not be disseminated outside your agency without permission from the originating agency.          Page:     12

Law Enforcement Sensitive



# Snohomish County Fire Marshal's Office (WA)
## INCIDENT REPORT
### Official Law Enforcement Report - Unauthorized Dissemination is Prohibited

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

| VIN | Year |
|---|---|
| e89904 | 1961 |

**Involvements**

Collateral Damage - Fire

---

| Body Style | License Expiration | Make | Model |
|---|---|---|---|
| Coupe | / | Chevrolet | Chevelle |
| **Type** | **Year** | | |
| Automobile | 1969 | | |

**Involvements**

Collateral Damage - Fire

**Description**

Owned by a third party

---

| Body Style | License Expiration | License Plate | License State |
|---|---|---|---|
| Pickup | 4/2018 | C29597A | WA |
| **Make** | **Primary Color** | **Type** | **VIN** |
| Chevrolet | Blue | Automobile | JBA124632 |
| **Year** | | | |
| 1951 | | | |

**Involvements**

Collateral Damage - Fire

---

| Body Style | License Expiration | Make | Type |
|---|---|---|---|
| Pickup | / | Chevrolet | Automobile |
| **Year** | | | |
| 1950 | | | |

**Involvements**

Collateral Damage - Fire

**Description**

3100, could not verify VIN or plate information

---

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    13



**Sno\_\_nish County Fire Marshal's Office /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018          **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

| License Expiration | License Plate | License State | Type |
|---|---|---|---|
| 3/2019 | 14375AA03 | WA | Trailer |
| **VIN** | **Year** | | |
| 5WFBE2427GB007035 | 2016 | | |

**Involvements**

Collateral Damage - Fire

**Description**

24', Stealth, Enclosed Automobile Trailer

---

| License Expiration | License Plate | License State | Type |
|---|---|---|---|
| 1/2022 | 6485ZE | WA | Trailer |
| **VIN** | **Year** | | |
| 5NHUVH015GF700742 | 2016 | | |

**Involvements**

Collateral Damage - Fire

**Description**

Continental, Enclosed Motorcycle Trailer

---

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 8/2020 | 59626AA | WA | Trail-eze |
| **Type** | **VIN** | **Year** | |
| Trailer | 1ZEACPTH34A009018 | 2004 | |

**Involvements**

Collateral Damage - Fire

**Description**

Boat trailer for Pontoon boat

---

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| / | WN0843SF | WA | Smoker-Craft (New Paris, IN) |
| **Type** | **VIN** | **Year** | |
| Boat | SMK58619F304 | 2004 | |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    14



### Snohomish County Fire Marshal's Office (WA)
#### INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018                    **BATS ID: 1372897**

**Investigation Title:**   Phillips Fire Loss

**Involvements**

Collateral Damage - Fire

**Description**

Pontoon boat, could not verify VIN or WN Number

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| / | WN1191SE | WA | Smoker-Craft (New Paris, IN) |
| **Type** | **VIN** | **Year** | |
| Boat | SMK48316C212 | 2012 | |

**Involvements**

Collateral Damage - Fire

**Description**

12', Aluminum boat, could not verify VIN or WN Number

| License Expiration | License Plate | License State | Make |
|---|---|---|---|
| 4/2019 | 7765WR | WA | Trail King |
| **Type** | **VIN** | **Year** | |
| Trailer | 4XBBA1514BA009846 | 2011 | |

**Involvements**

Collateral Damage - Fire

**Description**

King boat trailer for a 12' vessel

| Body Style | License Expiration | License Plate | License State |
|---|---|---|---|
| Motorized Home | 5/2021 | AVR7224 | WA |
| **Make** | **Type** | **VIN** | **Year** |
| Monaco RV | RV | 1RF43464162037977 | 2006 |

**Involvements**

Origin of Fire

This report may not be disseminated outside your agency without permission from the originating agency.    Page:    15

Law Enforcement Sensitive



**Sno. .nish County Fire Marshal's Office   /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental

**Agency Incident ID:** 2021-000018         **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

**Description**

40', Diesel motorhome

| License Expiration | License Plate | Type | VIN |
|---|---|---|---|
| / | N2757Q | Airplane | 18257957 |

**Year**

1967

**Involvements**

Collateral Damage - Fire

**Description**

Cessna, 182K, Skylane

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     16



## Snohomish County Fire Marshal's Office (WA)
### INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018        **BATS ID:** 1372897
**Investigation Title:**    Phillips Fire Loss

## Attachments

| Filename | Description | Date |
|---|---|---|
| 2021-000018 ASSESSOR INFO.pdf | 2021-000018 Assessor information | 2/1/2021 |
| 2021-000018 FM CAD REPORT.pdf | 2021-000018 FM CAD Report | 2/1/2021 |
| 2021-000018 NFIRS.pdf | 2021-000018 NFIRS Report | 2/1/2021 |
| 2021-000018 OVERVIEW AND RELEASE FORM.pdf | 2021-000018 Overview photo and release form | 2/1/2021 |

No image specified

No image specified

No image specified

No image specified

This report may not be disseminated outside your agency without permission from the originating agency.    Page:    17

Law Enforcement Sensitive

# Snohomish County Fire Marshal's Office (A)
## INCIDENT REPORT
### Official Law Enforcement Report - Unauthorized Dissemination is Prohibited

**Incident Type:** Fire / Accidental
**Agency Incident ID:**     2021-000018                    **BATS ID: 1372897**

**Investigation Title:**     Phillips Fire Loss

2021-000018 PHOTO CONTACT    2021-000018 Photo contact sheets                    2/1/2021
SHEETS.pdf

No image specified

This report may not be disseminated outside your agency without permission from the originating agency.          Page:     18

Law Enforcement Sensitive



# Snohomish County Fire Marshal's Office (WA)
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID:** 1372897

**Investigation Title:**    Phillips Fire Loss

## Narrative(s)

| Title | Author |
|---|---|
| Origin and Cause | Daniel Lorentzen<br>4255839739<br>dan.lorentzen@snoco.org |

## Description

Summary:

On Friday, January 29, 2021 at approximately 0259 hours, Snohomish County Fire Protection District 22, responded to a residential structure fire involving a large, detached garage/aircraft hangar, located at 12312 127th Ave NE, Lake Stevens, WA, in unincorporated Snohomish County. The initial 911 call indicated the reporting party could see a large fire inside the neighbor's hangar, which was reportedly two houses from the reporting party's location.  There was smoke and flames seen venting from the windows on the structure, and they were unsure if there were any aircraft in the building.

Upon arrival of the first in fire crew, they located large, detached garage/hangar building with hot firer gases and flames venting from the west side of the structure. The fire crews initiated a defensive fire tactic. Chief 69, Assistant Chief. J. Stocker #AR0101, requested additional resources from the neighboring fire agencies, due to the limited water supply in the area.

Chief 69, Assistance Chief J. Stocker requested through Snohomish County 911 Dispatch the on-call county fire investigator respond to the location for a fire investigation. I was notified of the request at approximately 0339 hours and arrived at approximately 0408 hours. Upon my arrival, I contacted Chief 69 who informed me what they located upon their arrival. The doors and windows were in the closed positions, except where the fire had compromised them. The fire crews were still extinguishing the fire, as I began my investigation into the origin and cause of the fire.

Investigator's conclusion:

It is my opinion that the inception of the fire occurred inside the detached garage/hangar. An examination of the fire burn patterns, flame spread analysis, physical evidence indicators and eyewitness testimony, place the fire starting near the center of the structure, in a 40', Monaco, motorhome. While the exact cause of the fire is undetermined, three possible causes that cannot be rules out are high resistance heating/arcing with an energized and operating dehumidifier, portable electric oil filled radiant heater, or a failure with the electric refrigerator/freezer inside the motorhome.

Disposition:

The classification of the fire is accidental, case closed.

Description of premise:

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    19

Law Enforcement Sensitive




**Sno\_\_.nish County Fire Marshal's Office \_ /A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID:** 1372897

**Investigation Title:**    Phillips Fire Loss

The fire occurred in an L shaped, single story, standard wood frame constructed, detached garage/hanger, positioned over a concrete foundation and pad. The exterior walls were covered in a combination of horizontally placed, wood lap and engineered cement board siding, along with cedar shakes on the gable ends, and an engineered, masonry stone veneer around the lower half of the walls. The lap siding was painted gray, and the wood shakes and trim were white. The windows were a combination of white vinyl clad and bronze colored aluminum. The gable and shed style roof were covered in a composition shingle. The electric service was provided through and underground service lateral to an electric meter located along the east side of the structure, near the north corner. LP gas was supplied through a gas regulator which was mounted on the wall on the south side of the structure, near the center and supplied by two, 250-gallon LP gas tanks. The electric service and LP gas were both connected and on at the time of the fire.

Exterior examination:

The front of the detached garage/hanger faced to the north and was accessed by an asphalt driveway on the north side of the primary dwelling. The garage/hanger had been expanded from its original footprint with an approximate 40' x 98' addition added to the south side of the structure.

North exterior examination:

The front of the hanger/garage was laid out with a large horizontal, bi-fold hanger door, which was in the closed position. There was a metal clad entrance door next to the bi-fold hanger door on the east side. Located on the east side and recessed to the south, was the north wall of the addition that was tied into the original garage/hanger. The wall of the addition had two oversize overhead doors, and a man door located along the wall, near the west corner.

There was minor to severe fire damage along the north wall of the structure, with the least amount of fire damage at the addition on the east half, and the most severe fire damage being to the bi-fold hangar door, gable end and return wall on the west end. The roof structure over the original garage/hanger had been mostly consumed by the fire. The roof overhand on the north wall exhibited moderate to severe fire damage. There were small sections of the wood shakes on the gable end wall above the bi-fold door. The wood lap siding that covered the bi-fold hanger door and the two walls on the east and west side of it, had been partially consumed by the fire. The man door had partially detached from the door frame, folded in half, above the deadbolt lockset, and was starting to lean towards the side of the structure. The door was closed and secured prior to the fire being discovered. The fire burn patterns on the original garage/hanger indicated the fire was moving directionally from the interior side of the structure to the exterior side of the north wall.

The addition, which was recessed to the south exhibited minor to severe fire damage. The two overhead doors were in the closed position, with the overhead door on the east side for an enclosed storage area, exhibiting no fire damage or smoke staining. The overhead door on the west side of the first overhead door was also closed but exhibited some moderate fire damage to the top two panels. The reaming panels were discolored and started to buckle from the hot fire gases and direct fire impingement on the interior side of the structure. The windows in an upper panel were no longer intact and appeared to have been compromised by the fire and suppression efforts. There was moderate smoke staining and fire damage noted to the siding above the top panel of the overhead door, which had started to buckle and fall to the interior side of the structure. The north

---

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive



**Snohomish County Fire Marshal's Office (WA)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018              **BATS ID: 1372897**
**Investigation Title:**   Phillips Fire Loss

slope of the gable roof over the addition, had started to collapse to the interior at the west end, where it tied into the wall of the original structure. The man door, which was located near the west corner of the north wall on the addition was closed and secured at the time the fire. The door was observed lying to the interior side of the structure and had been partially compromised by the fire and suppression efforts. The fire burn patterns to the addition, indicated the fire had moved directionally inside the structure from the west to the east.

East exterior examination:

The east side of the structure was laid out with two sliding aluminum framed windows on the original garage/hanger, and the electric meter located near the north east corner. The area was accessed by a gravel driveway and there was a small tow behind dump trailer parked at the location. Positioned along the east exterior wall was an LP gas tank, which was connected to a Honeywell brand backup generator. There was no fire damage to the LP tank and some minimal fire damage from drop down of the roof overhang onto the plastic housing for the generator and LP gas regulator. The two sliding windows were closed and intact prior to the fire but had been broken out during the suppression efforts. The east slope of the roof over the garage/hanger had been consumed by the fire, with most of the structure collapsing into the interior of the structure. There was fire damage noted to the siding below the window on the north half, from the roof overhang which dropped to the ground and burned in this location.

The east wall of the addition was laid out with no windows or doors and positioned behind a chain link fence that was built right next to the structure. The storage shed, which was built along the main wall of the addition, was covered by a shed style roof. The roof was intact with no fire damage or smoke staining. The primary wall, gable end and roof structure were intact upon my arrival. The fire had moved directionally from the west to the east half, inside the structure, which caused the gable end and roof to collapse into the interior.

South exterior examination:

The south side of the structure was laid out with a wood fence running the length of the building along the property line, which was approximately five feet from the property line. There were five fixed vinyl windows positioned along the south wall near the top. A set of two, 250-gallon, LP gas tanks were positioned along the east half of the south wall. The LP gas tanks, and gas regulator were intact with minor smoke staining and fire debris, which had dropped from the roof overhang during the fire, lying around the two tanks.

There was minor to moderate fire damage noted to the south wall, with the least amount of fire damage and smoke staining on the middle and lower half of the wall, and the most severe fire damage and smoke staining being at the top of the wall, around the windows. The windows were compromised by the fire, as the hot fire gases and flames inside the structure, impinged on the glass, causing them to fail and allowing the hot gases and flames to vent from the structure. There was moderate fire damage and smoke staining noted to the lap siding above each of the window openings. The south slope of the roof structure had been mostly consumed by the fire, along with a section of the roof overhang near the middle of the building. There were areas on the south wall which exhibited heat discoloration to the cement board siding from direct fire impingement on the interior side of the structure.

West exterior examination:

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    21



Snoh...nish County Fire Marshal's Office ...(A)
INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

The west side of the structure was laid out with two sliding windows on the north half of the structure (original garage/hanger), and two oversize overhead doors on the south half of the structure (addition). There was moderate to severe fire damage and mass loss to the west side of the structure. The west slope of the garage/hanger had been mostly consumed by the fire and collapsed into the structure. The two windows located along the north half of the west side were secured and intact prior to the fire but were broken out by the fire crew during their suppression efforts. The wood lap siding between the windows and the above the window on the north end, had been mostly consumed by the fire. The fire burn pattern to the wood siding indicated the fire was burning on the interior side of the structure.

The two overhead doors which were located on the south half of the structure had folded up and collapsed to the ground after the fire impinged on the doors. The wood siding between the two doors had been partially consumed by the fire. The gable end wall, roof, and roof overhang had been mostly consumed on the north side of the addition, while the severely charred frame for the gable end wall and some of the roof overhang were still partially intact. The fire burn patterns indicated the fire moved directionally from the center of the structure, where the north overhead door was located, to the north into the garage/hanger, and south towards the south side of the addition.

The fire did not occur on the exterior of the structure.

Interior examination:

The interior of the structure was constructed of standard wood frame construction with gypsum board covering the walls and ceilings, and the floor being finished concrete. The interior was laid out with the original garage/hanger located along the north half. The addition, which was along the south half of the building was divided with a garage/storage space on the west half, and a shop on the east half. There was severe fire damage to the interior of the building with the least amount of fire damage along the east half in the area of the shop, and the most severe fire damage being in the west and north halves.

The garage/hanger was laid out with a large open bay, with an elevated mezzanine along the east wall. There was bathroom located near the southeast corner of the garage/hanger next to the staircase that led to the mezzanine. The electric panel was located along the east wall, near the north corner of the building, beneath the mezzanine. The panel was intact but exhibited moderate smoke staining. The individual circuit breakers inside the panel exhibited moderate heat related damage with many breakers in the tripped position. There was no legend inside the panel to indicate what each individual circuit breaker energized. The garage/hanger was storing seven different motorcycle/scooters, and seven cars and trucks which were parked along the east and west sides of the garage/hanger. The vehicles on the west side were parked on storage hoists. The aircraft, which was a Cessna, 182, was located in the center of the garage/hanger. The vehicles, aircraft and motorcycles/scooters were all severely fire damaged.

The roof structure over the garage/hanger had been mostly consumed by the fire with the remaining sections of the roof trusses lying inside the interior of the building, after collapsing. The fire burn patterns in the structure, indicated the fire moved directionally from the south side of the building to the north side. The south wall of the garage/hanger was a dividing wall for the new addition, that was being used to store a

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    22

Law Enforcement Sensitive



**Snohomish County Fire Marshal's Office (WA)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**   2021-000018          **BATS ID: 1372897**

**Investigation Title:**      Phillips Fire Loss



motorhome, boat/trailer, and a two enclosed cargo trailers. The south wall exhibited severe fire damage and mass loss to the upper half where it had tied into the roof structure.

The new addition also exhibited severe fire damage with the most severe fire damage being along the north half. The shop, which was walled off, except for a pass through, was located along the east half of the building. There was an electric sub-panel located on the west wall of the shop, which was fire moderately fire damaged. The electrical branch circuits which were routed to the panel from the top of the wall, were draped over the front of the panel. The fire had consumed the upper half of the wall and the insulation covering the individual branch circuits. There were no blow-outs observed to the panel box and an examination of the individual circuit breakers inside the panel, revealed most of the breakers were in the tripped position. The paper legend, which was on the panel door had been consumed by the fire, so it is unknown what each circuit breaker energized. There was fire damage to the shop, with the most severe fire damage being at the upper halves of the walls and roof. The roof structure over the new addition had also been mostly consumed by the fire, except at the east end, where a large section had been consumed, but also had partially collapsed to the interior. There was a vehicle hoist located in the shop with a vehicle parked on it, in the up position. The fire burn patterns in the new addition started around the north wall, where the motorhome was parked, and moved directionally towards the south and east halves of the structure. The area of origin for the fire was determined to be in the motorhome.

Area of origin:

The area of origin was determined to be in the motorhome, which was identified as a 40', Monaco, Diplomat. The motorcoach was parked along the north wall of the addition and was connected by an energized electrical shore-power cord from the RV to the south wall of the building at an outlet. There was a 24' enclosed cargo trailer that was parked next to the motorhome on the south side. In the drive bay on the far south side was a pontoon boat and trailer, along with a smaller cargo trailer, which was set up to transport motorcycles.

The motorhome, had been mostly consumed by the fire, leaving some of interior floor and the frame for the coach. The 24' enclosed cargo trailer, which was parked along the south side of the motorhome, had also been mostly consumed by the fire, leaving some of the aluminum frame intact. The pontoon boat, which was located along the south side of the enclosed 24' cargo trailer, was also consumed by the fire, leaving the remnants of the outboard motor and steel trailer.

The remains of the motorhome were examined and revealed the refrigerator/freezer, which was located along the passenger side, near the center had been consumed by the fire and fallen to the outside of the motorhome, next to the north wall. The owner of the motorhome reported there was an oil filled, portable electric radiant heater, and an electric dehumidifier which were inside the motorhome. These two appliances and the refrigerator/freezer were reportedly being used prior to the fire.

The portable, oil filled, radiant electric heater was located in the forward half of the motorhome and was severely fire damaged. The portable heater had fallen through the floor of the motorhome and was tagged and left in place. It was reported the electric heater was plugged directly into an outlet inside the motorhome, along the driver's side, but due to the severity of the fire damage and collapse of the structures, it could not be verified.

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:   23



**Snol... nish County Fire Marshal's Office    /A)**



INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**      2021-000018                          **BATS ID:** 1372897

**Investigation Title:**       Phillips Fire Loss

The remains of the electric dehumidifier was located in the area of the bathroom on the floor. The excessive fire debris was layered off the appliance, and a tag was attached. It was reported the dehumidifier was being used and plugged directly into an outlet in the bathroom. The walls of the bathroom had been completely consumed by the fire. A section of stranded copper conductors which were attached to the dehumidifier were found near the passenger side of the motorhome wall but had been severed and no spades were not located. The electric shore-power cord at the coach and the outlet on the south wall for the shore-power cord had been plugged into was examined and revealed severe fire damage. The outlet had been mostly consumed by the fire, along with the male end of the shore-power cord. The spades were intact but had started to melt from being exposed to the fire. A section of the shore-power cord was buried under the contents that were once being stored on pallet racks along the south wall of the garage in the new addition. The sections of the shore-power cord, where the insulation had been consumed by the fire were examined and no visual electrical anomalies were noted.

The remains of the LP gas range, which was located along the driver's side of the motorhome was located on the floor. It was examined and revealed the fire had consumed most, if not all the available combustibles. The control posts and knobs were missing along with the burner assemblies.

Ignition factor:

While the exact ignition factor for the fire is undetermined, three possible ignition factors that cannot be rules out are high resistance heating/arcing with an energized and operating dehumidifier, portable electric oil filled radiant heater, or a failure with the electric refrigerator/freezer inside the motorhome.

Additional information:
Upon arrival I spoke with the property owners, Stephanie, and Stephen Phillips. They advised they were sleeping prior to the fire and woke up because their canines were making noise, and they saw a bright light coming through the window of their bedroom. Their bedroom is located in the south side of their home and faces towards the north side of the garage/hanger, and the shop, for the new addition. They advised they did not hear the neighbor to the north knocking on their door about the time the canines woke them up.

Stephen advised that he immediately went outside and noticed the fire had burned through the roof, in the new addition where the motorhome was parked. He thought the overhead door had collapsed, but Stephanie, who also followed him outside said it was still in place, but she could see the fire burning through the cracks in the door panels. The Philips both indicated the bulk of the fire appeared to be where the motorhome was located. Stephen said there was no fire in the original garage/hanger when he first came outside. He said he went to warn the neighbors along the south side of the structure, since their home was closest to the building. They were wanting to get into the garage/hanger in an attempt to save some of the vehicles/aircraft. They were asking the Assistance Chief about trying this, but A/C Stocker was hesitant, given the unknown fire conditions in the roof structure, and that they were in a defensive fire strategy. It was only a few minutes later, the roof of the garage/hanger collapsed.

I asked the Phillips what was being energized inside the building, in the motorhome or vehicles. He indicated that some of the motorcycles/cars in the garage/hanger were on battery tenders. Stephen said inside the new addition, the motorhome was connected to shore-power, but the LP gas was off. He said the heat inside the

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:      24

Law Enforcement Sensitive



**Snohomish County Fire Marshal's Office (WA)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Fire / Accidental
**Agency Incident ID:**     2021-000018                **BATS ID: 1372897**

**Investigation Title:**     Phillips Fire Loss



shop was also off and that he does not need to heat the building, because it was well insulated. I asked what was operating inside the motorhome and he said he had a portable electric, oil filled radiant heater and a portable electric dehumidifier. He said the two appliances were directly plugged into duplex outlets in the coach. I asked if there had been any issues with either appliance or the electrical system in the coach, and he said no.

I asked about the refrigerator/freezer in the motorhome and Stephen advised it was operating on electricity, and not LP gas. He said when he checked it the day prior, at about 7;00 pm, and he noticed the control panel was flashing, to indicate an error, so he hit the reset button and the refrigerator/freezer started up again. He indicated this was the first time he ever had an issue with it doing this and thought it could have been related to when the power in the area flickered from a storm. I asked Stephen if he checks on the motorhome daily, and he said not every day, but every few days, because he wants to empty the water from the dehumidifier. I asked how old the dehumidifier was and he said approximately ten years old. I asked about the portable electric heater, and he said it was a few years old, but he owned a few of them, so he was not sure who manufactured it. The Phillips advised the heaters were possibly purchased at Walmart, while the dehumidifier was possibly purchased at Costco.

I advised the Phillips the appliances located inside the motorhome were tagged for the insurance company to examine. I requested an itemized list of the vehicles/motorcycles and aircraft that were inside the building. They were given my business card with the case number and advised to call if they had any questions.

I certify (or declare) under penalty of perjury under the Laws of the State of Washington that the foregoing statement is true and correct.

This report may not be disseminated outside your agency without permission from the originating agency.        Page:    25

Law Enforcement Sensitive





**Snohomish County Fire Marshal's Office (IAAI/A)**

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Fire / Accidental
**Agency Incident ID:**    2021-000018                    **BATS ID: 1372897**

**Investigation Title:**    Phillips Fire Loss

This section intentionally left blank

_Dan Lorentzen FM5147_                           04/13/2021
_____          _____
Deputy Fire Marshal - Lorentzen, Daniel          Date

_Ed Hardesty FM5145_                             04/13/2021
_____          _____
Deputy Fire Marshal - Hardesty, Ed                Date

This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    26

Law Enforcement Sensitive

**A** | FDID: 31D22 | State: WA | Incident Date (MM): 01 (DD): 29 (YYYY): 2021 | Station | Incident Number: 2021-00000115 | Exposure: 000 | ☐ Delete ☐ Change | **NFIRS - 1 BASIC**

---

**B Location Type** ☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B, "Alternative Location Specification." Use only for wildland fires.

Census Tract: 535.05

- ☒ Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions
- ☐ US National Grid

Number/Milepost: 12312 | Prefix | Street or Highway: 127TH | Street Type: AVE | Suffix: NE

Apt./Suite/Room | City: LAKE STEVENS | State: WA | ZIP Code: 98258 | -

Cross Street, Directions or National Grid, as applicable

---

**C IncidentType**

Incident Type

**D Aid Given or Received** ☐ None

1 ☐ Mutual aid received
2 ☐ Auto. aid received
3 ☐ Mutual aid given
4 ☐ Auto. aid given
5 ☐ Other aid given

Their FDID | Their State | Their Incident Number

**E1 Dates and Times** — Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hour/Min |
|---|---|---|---|---|
| Alarm ☐ ALARM always required | 01 | 29 | 2021 | 0259 |
| ☒ Arrival ARRIVAL, required, unless cancelled or did not arrive | 01 | 29 | 2021 | 0311 |
| ☐ Controlled CONTROLLED optional, except for wildland fires | | | | |
| ☒ Last Unit Cleared LAST UNIT CLEARED, required except for wildland fires | 01 | 29 | 2021 | 1155 |

**E2 Shifts and Alarms** — Local option

Shift or Platoon | Alarms: 1 | District: AR22

**E3 Special Studies** — Local option

Special Study ID# | Special Study Value

---

**F Actions Taken**

Primary Action Taken (1)

Additional Action Taken (2)

Additional Action Taken (3)

**G1 Resources** ☒ Check this box and skip this block if an Apparatus or Personnel Module is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 16 | 28 |
| EMS | 2 | 4 |
| Other | 4 | 2 |

☐ Check box if resource counts include aid-received resources.

**G2 Estimated Dollar Losses and Values**

LOSSES: Required for all fires if known. Optional for non-fires.

| | | None |
|---|---|---|
| Property | $ | ☒ |
| Contents | $ | ☒ |

PRE-INCIDENT VALUE: Optional

| | | |
|---|---|---|
| Property | $ | ☒ |
| Contents | $ | ☒ |

---

**Completed Modules**

- ☐ Fire-2
- ☐ Structure Fire-3
- ☐ Civilian Fire Cas.-4
- ☐ Fire Service Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- ☒ Apparatus-9
- ☐ Personnel-10
- ☐ Arson-11

**H1 Casualties** ☒ None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

**H2 Detector** — Required for confined fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3 Hazardous Materials Release** ☒ None

1 ☐ Natural gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: < 21 - lb tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable storage
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: special HazMat action required or spill > 55 gal
(Please complete the HazMat form.)

**Mixed Use Property** ☒ Not mixed

- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Business & residential
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

---

**J Property Use** ☐ None

*Structures*
- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/tavern or nightclub
- 213 ☐ Elementary school, kindergarten
- 215 ☐ High school, junior high
- 241 ☐ College, adult education
- 311 ☐ Nursing home
- 331 ☐ Hospital

- 341 ☐ Clinic, clinic-type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multifamily dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales

- 539 ☐ Household goods, sales, repairs
- 571 ☐ Gas or service station
- 579 ☐ Motor vehicle/boat sales/repairs
- 599 ☐ Business office
- 615 ☐ Electric-generation plant
- 629 ☐ Laboratory/science laboratory
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage (barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

*Outside*
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field

- 936 ☐ Vacant lot
- 938 ☐ Graded/cared for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right-of-way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway

- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Look up and enter a Property Use code and description only if you have NOT checked a Property Use box.

Property Use: [ ] Code

Property Use Description

**A**

| | FDID | State | MM 01 | 29 | YYYY 2021 | Station | Incident Number 2021-00000115 | Exposure 000 | ☐ Delete | NFIRS - 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31D22 ⭐ | WA ⭐ | Incident Date ⭐ | | | | ⭐ | ⭐ | ☐ Change | BASIC |

**K2   Owner**

Local Option   ☐ Same as person involved? Then check this box and skip the rest of this block.

Business Name (if applicable)

Area Code   Phone Number

☐ Check this box if same address as incident Location (Section B), then skip the three duplicate address lines.

Mr., Ms., Mrs.   First Name   MI   Last Name   Suffix

Number   Prefix   Street or Highway   Street Type   Suffix

Post Office Box   Apt./Suite/Room   City

State   ZIP Code   -

**M   Authorization**

Check box if same as Officer in charge.   ⇒ ☐

Officer in charge ID   Signature   Position or rank   Assignment   Month   Day   Year

Member making report ID   Signature   Position or rank   Assignment   Month   Day   Year

**A**

| 31D22 | WA | 01 | 29 | 2021 | | 2021-00000115 | 000 | ☐ Delete |
|---|---|---|---|---|---|---|---|---|
| FDID | State | MM Incident Date | | YYYY | Station | Incident Number | Exposure | ☐ Change |

**NFIRS - 9**
**APPARATUS OR RESOURCES**

**B**

| Apparatus or Resources (Use codes listed below) | Dates and Times — Midnight is 0000 — Check if same date as Alarm date on the Basic Module (Block E1) | | | | | Sent | Number of People | Apparatus Use — Check ONE box for each apparatus to indicate its main use at this incident | Actions Taken — List up to 4 actions for each apparatus |
|---|---|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | Hour / Min | | | | |
| 1  ID CH68  Type 91 | Dispatch ☒ Arrival ☒ Clear ☒ | 01 01 01 | 29 29 29 | 2021 2021 2021 | 0259 0327 1148 | ☒ | 01 | ☐ Suppression ☐ EMS ☒ Other | |
| 2  ID CH69  Type 91 | Dispatch ☒ Arrival ☒ Clear ☒ | 01 01 01 | 29 29 29 | 2021 2021 2021 | 0259 0311 1155 | ☒ | 01 | ☐ Suppression ☐ EMS ☒ Other | |
| 3  ID E68  Type 11 | Dispatch ☒ Arrival ☒ Clear ☒ | 01 01 01 | 29 29 29 | 2021 2021 2021 | 0259 0312 1147 | ☒ | 03 | ☒ Suppression ☐ EMS ☐ Other | |
| 4  ID T68  Type 24 | Dispatch ☒ Arrival ☒ Clear ☒ | 01 01 01 | 29 29 29 | 2021 2021 2021 | 0259 0328 1121 | ☒ | | ☒ Suppression ☐ EMS ☐ Other | |
| 5  ID    Type | Dispatch ☐ Arrival ☐ Clear ☐ | | | | | ☒ | | ☐ Suppression ☐ EMS ☐ Other | |
| 6  ID    Type | Dispatch ☐ Arrival ☐ Clear ☐ | | | | | ☒ | | ☐ Suppression ☐ EMS ☐ Other | |
| 7  ID    Type | Dispatch ☐ Arrival ☐ Clear ☐ | | | | | ☒ | | ☐ Suppression ☐ EMS ☐ Other | |
| 8  ID    Type | Dispatch ☐ Arrival ☐ Clear ☐ | | | | | ☒ | | ☐ Suppression ☐ EMS ☐ Other | |
| 9  ID    Type | Dispatch ☐ Arrival ☐ Clear ☐ | | | | | ☒ | | ☐ Suppression ☐ EMS ☐ Other | |

**Apparatus or Resource Type**

**Ground Fire Suppression**
11 Engine
12 Truck or aerial
13 Quint
14 Tanker and pumper combination
16 Brush truck
17 ARFF (aircraft rescue and firefighting)
10 Ground fire suppression, other

**Heavy Ground Equipment**
21 Dozer or plow
22 Tractor
24 Tanker or tender
20 Heavy ground equipment, other

**Aircraft**
41 Aircraft: fixed-wing tanker
42 Helitanker
43 Helicopter
40 Aircraft, other

**Marine Equipment**
51 Fire boat with pump
52 Boat, no pump
53 Marine equipment, other

**Support Equipment**
61 Breathing apparatus support
62 Light and air unit
60 Support apparatus, other

**Medical and Rescue**
71 Rescue unit
72 Urban search and rescue unit
73 High-angle rescue unit
75 BLS unit
76 ALS unit
70 Medical and rescue unit, other

**Other**
91 Mobile command post
92 Chief officer car
93 HazMat unit
94 Type 1 hand crew
95 Type II hand crew
99 Privately owned vehicle
00 Other apparatus / resources

NN None
UU Undetermined

**More Apparatus? Use additional**

## A | NFIRS - 10 PERSONNEL

| 31D22 | WA | MM 01 | 29 | YYYY 2021 | | 2021-00000115 | 000 | ☐ Delete |
|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date | | ★ | | Incident Number ★ | Exposure ★ | ☐ Change |

## B

| Apparatus or Resources Use codes listed below | Dates and Times  Check if same date as Alarm data on the Basic Module (Block E1)  Midnight is 0000 | | | | Sent | Number of People ★ | Apparatus Use ★  Check ONE box for each apparatus to indicate its main use at this incident | Actions Taken  List up to 4 actions for each apparatus |
|---|---|---|---|---|---|---|---|---|

| | | Month | Day | Year | Hour / Min | | | | |

**Apparatus 1**

| 1 ID CH68 | | | | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| | Dispatch ☒ | 01 | 29 | 2021 | 0259 | ☒ | 01 | ☐ Suppression | ☐ ☐ |
| ★ Type 91 | Arrival ☒ | 01 | 29 | 2021 | 0327 | | | ☐ EMS | ☐ ☐ |
| | Clear ☒ | 01 | 29 | 2021 | 1148 | | | ☒ Other | |

| Personnel ID ★ | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AR9301 | Travis  Hots | | ☒ | | | | |

**Apparatus 2**

| 2 ID CH69 | | | | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| | Dispatch ☒ | 01 | 29 | 2021 | 0259 | ☒ | 01 | ☐ Suppression | ☐ ☐ |
| ★ Type 91 | Arrival ☒ | 01 | 29 | 2021 | 0311 | | | ☐ EMS | ☐ ☐ |
| | Clear ☒ | 01 | 29 | 2021 | 1155 | | | ☒ Other | |

| Personnel ID ★ | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AR0101 | Jeremy  Stocker | | ☒ | | | | |

**Apparatus 3**

| 3 ID E68 | | | | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| | Dispatch ☒ | 01 | 29 | 2021 | 0259 | ☒ | 03 | ☒ Suppression | ☐ ☐ |
| ★ Type 11 | Arrival ☒ | 01 | 29 | 2021 | 0312 | | | ☐ EMS | ☐ ☐ |
| | Clear ☒ | 01 | 29 | 2021 | 1147 | | | ☐ Other | |

| Personnel ID ★ | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| AR1906 | THOMAS  BROWNELL | | ☒ | | | | |
| AR1819 | Evan  Smith | | ☒ | | | | |
| AR1717 | Nicholas  Lathrop | | ☒ | | | | |

## CAD Narrative

01/29/2021 : 06:49:11 sn0435 Narrative: DRAFT SITE SECURED, E82 RETURNING
01/29/2021 : 06:36:28 sn0438 Narrative: CMD ALL TENDERS CAN CLEAR EXCEPT T68, T86, T51
01/29/2021 : 06:12:28 sn0435 Narrative: T65 WILL BE CLEARING
01/29/2021 : 06:11:58 sn0435 Narrative: T51 LEVEL 1 FULL
01/29/2021 : 06:08:19 sn0435 Narrative: T83 LEVEL 1 FULL
01/29/2021 : 05:59:55 sn0435 Narrative: T43 BACK TO STAGING WITH T90
01/29/2021 : 05:59:32 sn0435 Narrative: T95 NEXT UP FOR "C" SIDE, T96 ALSO ON "C" SIDE
01/29/2021 : 05:59:04 sn0435 Narrative: T43 TO "C" SIDE
01/29/2021 : 05:55:02 sn0435 Narrative: T49 TO N END, "A" SIDE
01/29/2021 : 05:53:15 sn0435 Narrative: T65 GOING TO "C" SIDE
01/29/2021 : 05:46:01 sn0435 Narrative: T65 LEVEL 1 FULL
01/29/2021 : 05:45:47 sn0435 Narrative: T31 LEVEL 1 FULL
01/29/2021 : 05:45:42 sn0435 Narrative: T49, T90 STAGING, FULL
01/29/2021 : 05:21:52 sn0435 Narrative: E82 STAYING ONSCENE TO HELP FILL TENDERS, E81 WILL BE RETURNING
01/29/2021 : 05:15:17 sn0435 Narrative: T31 MOVING TO T68
01/29/2021 : 05:04:55 sn0435 Narrative: T65 LEVEL 1
01/29/2021 : 05:02:04 sn0435 Narrative: T83 LEVEL 1 FULL
01/29/2021 : 04:54:18 sn0438 Narrative: T90 AVL FOR WATER SUPPLY
01/29/2021 : 04:44:01 sn0435 Narrative: T43 TO STAGE AT "C" SIDE
01/29/2021 : 04:41:08 sn0435 Narrative: T49 AT NORTHERNMOST DRIVEWAY, WILL REPLACE T31
01/29/2021 : 04:37:00 sn0435 Narrative: CORR REHAB ON "D" SIDE WITH L62
01/29/2021 : 04:36:29 sn0435 Narrative: REHAB SET UP ON "B" SIDE OF BUILDING
01/29/2021 : 04:34:47 sn0435 Narrative: T51 LEVEL 1
01/29/2021 : 04:34:42 sn0435 Narrative: STILL DEFENSIVE, CANCX TIMER
01/29/2021 : 04:34:28 sn0435 Narrative: INCIDENT + 90
01/29/2021 : 04:34:15 sn0435 Narrative: T90 FULL AND AVAIL
01/29/2021 : 04:33:52 sn0435 Narrative: 12220 IS "C" SIDE FOR T83
01/29/2021 : 04:33:26 sn0435 Narrative: T83 TO "C" SIDE
01/29/2021 : 04:32:01 sn0435 Narrative: T83 LEVEL 1 FULL
01/29/2021 : 04:30:25 sn0435 Narrative: DIV "C" HITTING SPOTS DIV "A" WAS UNABLE TO GET TO. DIV "A" HAS FIRE UNDER CONTROL ON THEIR SIDE
01/29/2021 : 04:24:53 sn0435 Narrative: INCIDENT + 80
01/29/2021 : 04:24:26 sn0435 Narrative: T90 LEVEL 1 AWAITING ASSIGNMENT
01/29/2021 : 04:23:14 sn0435 Narrative: T31 NORTHERNMOST DRIVEWAY TO SUPPLY T68
01/29/2021 : 04:22:10 sn0435 Narrative: T31 LEVEL 1
01/29/2021 : 04:22:00 sn0435 Narrative: DIV "C" NEEDS WATER, T96 TO SUPPLY T86 ON "C" SIDE
01/29/2021 : 04:20:20 sn0435 Narrative: T96 REPLACING T95 TO SUPPLY T68
01/29/2021 : 04:19:58 sn0435 Narrative: E66 HAS WATER SUPPLY ESTABLISHED
01/29/2021 : 04:17:09 sn0435 Narrative: E82 WITH CH68 TRYING TO ESTABLISH DRAFT
01/29/2021 : 04:14:50 sn0435 Narrative: INCIDENT + 70
01/29/2021 : 04:11:27 sn0435 Narrative: T90 ONSCENE
01/29/2021 : 04:08:46 sn0435 Narrative: T65 GOING TO N SIDE TO SUPPLY T68
01/29/2021 : 04:08:32 sn0435 Narrative: CHECKING DIV "A" TO SEE IF THEY CAN MAKE BETTER ACCESS TO "B"
01/29/2021 : 04:08:17 sn0435 Narrative: DIV "C" TRYING TO MAKE ACCESS TO "B" SIDE, CORNER IS STILL FREEBURNING, HINDERANCE ON GETTING FIRE KNOCKED DOWN. WILL TRY TO GET A BETTER ANGLE
01/29/2021 : 04:06:41 sn0435 Narrative: INCIDENT + 60
01/29/2021 : 04:06:11 sn0435 Narrative: E82 GOING TO DRAFT SITE TO GET DRAFT ENGINE ** NOT E83
01/29/2021 : 04:05:54 sn0435 Narrative: 129TH ST/127TH AVE.  E87 HAVING MECH ISSUES GETTING DRAFT, E83 WILL ASSIST
01/29/2021 : 04:05:22 sn0435 Narrative: FILL DRAFT STATION NORTH OF LOC AT E87
01/29/2021 : 04:05:07 sn0435 Narrative: PUD ONSCENE
01/29/2021 : 04:05:02 sn0435 Narrative: PUD NEEDS TO SHUT POWER OFF TO BUILDING ON FIRE.
01/29/2021 : 04:04:32 sn0435 Narrative: T68 NEEDS RESUPPLY, T65 ENRT.  T68 IS NURSE TENDER **
01/29/2021 : 04:03:27 sn0435 Narrative: SU87 ENRT
01/29/2021 : 04:03:21 sn0435 Narrative: T65 TO NORTH SIDE, 12312
01/29/2021 : 04:02:54 sn0435 Narrative: T65 - 2 MIN OUT
01/29/2021 : 04:02:25 sn0435 Narrative: PD NOT NEEDED AT THIS TIME
01/29/2021 : 04:01:55 sn0435 Narrative: E68 ESTABLISHING DRAFT, AWAITING SUPPLYING THE TENDERS.
01/29/2021 : 04:00:55 sn0435 Narrative: DIV "A"  3 PROPANE TANKS ON OUTSIDE OF DIV "C" UNAFFECTED.  ONE TANK ON A/B CORNER THAT IS AFFECTED, WORKING ON IT.

01/29/2021 : 03:59:32 sn0435 Narrative: T43 ESTABLISHING WATER SUPPLY OFFICER ON "C" SUPPLY. T86,T95,T43    T86 IS NURSE TENDER MOVING AROUND TO SPOTS NEEDED.    T68 ON NORTH SIDE WATER SUPPLY
01/29/2021 : 03:57:58 sn0435 Narrative: DIV "C" PROPANE TANKS CONTINUE TO CHECK, WILL HAVE TO MAKE ACCESS FROM NORTH A/B SIDE, WORKING WITH DIV "A",
01/29/2021 : 03:57:08 sn0435 Narrative: E87 BACK TO DECK "A" SIDE AFTER
01/29/2021 : 03:56:48 sn0435 Narrative: E82 FOLLOWING T95 TO GIVE TANK WATER, THEN BACK TO 127TH
01/29/2021 : 03:55:25 sn0435 Narrative: STILL DEFENSIVE
01/29/2021 : 03:55:03 sn0435 Narrative: INCIDENT + 50
01/29/2021 : 03:54:32 sn0435 Narrative: T95 TO DRIVEWAY S, SUPPLY T86, 12220
01/29/2021 : 03:53:11 sn0435 Narrative: T68 LESS THAN 500 GALLONS
01/29/2021 : 03:52:49 sn0435 Narrative: E68 1/2 TANK
01/29/2021 : 03:52:40 sn0435 Narrative: DRAFT SITE STILL BEING SET UP N OF THE LOC, WILL HAVE TENDERS GO THERE TO FILL UP
01/29/2021 : 03:52:05 sn0435 Narrative: T43 WILL HANDLE WATER SUPPLY ON DIV "C"
01/29/2021 : 03:51:31 sn0435 Narrative: WATER ON FLAMES ON A/B CORNER
01/29/2021 : 03:50:54 sn0435 Narrative: DIV "A" PROPANE TANK OFFGASSING, WATER ON IT NOW
01/29/2021 : 03:50:34 sn0435 Narrative: E66 - ESTABLISHED 2ND LINE FROM "A/B" CORNER  L62 WORKING WITH, E66 - DIV "A" E66, L62 W
01/29/2021 : 03:49:46 sn0435 Narrative: DIV "C" WATER SUPPLY LOOKS GOOD, IF PROPANE TANKS NEED LINES, E66 WILL SUPPLY FROM "C" SIDE
01/29/2021 : 03:49:00 sn0435 Narrative: T95 LEVEL 1
01/29/2021 : 03:48:32 sn0435 Narrative: E68 WORKING ON GETTING A DRAFT NOW
01/29/2021 : 03:47:25 sn0435 Narrative: E81 - PARTIAL WALKAROUND "C" AND "B"  2 PROPANE TANKS ONE AT 200, ONE AT 250, HANDLINE WILL WORK, NO ACCESS DUE TO FENCE. POSS TWO SEPARATE PROPANE TANKS, DIV CHARLIE ADVISED
01/29/2021 : 03:46:23 sn0435 Narrative: E66 CHECKING A/B ON EAST SIDE, PREV CHECKED - BUT CONCERN IS TO COLLAPSE TO "A" SIDE.  WILL CHECK AGAIN
01/29/2021 : 03:45:35 sn0435 Narrative: T49 TO DRIVEWAY N SUPPLYING T68
01/29/2021 : 03:44:19 sn0435 Narrative: STILL DEFENSIVE
01/29/2021 : 03:44:15 sn0435 Narrative: INCIDENT + 40
01/29/2021 : 03:43:53 sn0337 Narrative: **CORRECTION FM28 C
01/29/2021 : 03:43:37 sn0337 Narrative: ER FM28A ETA 45 MIN
01/29/2021 : 03:39:01 sn0435 Narrative: REQ FIRE MARSHALL, AND SU87
01/29/2021 : 03:38:38 sn0435 Narrative: AC99 MAY CANCX
01/29/2021 : 03:35:45 sn0435 Narrative: E68 GOING TO E87
01/29/2021 : 03:34:56 sn0435 Narrative: INCIDENT + 30
01/29/2021 : 03:34:34 sn0435 Narrative: E81 1/4 TANK
01/29/2021 : 03:33:24 sn0435 Narrative: T43 TO DRIVEWAY S OF E87 TO SUPPLY T86
01/29/2021 : 03:33:10 sn0435 Narrative: T43 LEVEL 1
01/29/2021 : 03:32:17 sn0435 Narrative: E68 TAKING AN ENGINE AND GOING TO DRAFT SITE
01/29/2021 : 03:31:50 sn0435 Narrative: T68 1/4 TANK
01/29/2021 : 03:31:45 sn0435 Narrative: E87 OFFICER IS "DIV C", HAS E81, E68, E87 WORKING WITH
01/29/2021 : 03:29:03 sn0435 Narrative: NO EN87
01/29/2021 : 03:28:54 sn0435 Narrative: T68 TO SUPPLY L62
01/29/2021 : 03:28:48 sn0435 Narrative: T68 TO N SIDE OF BUILDING
01/29/2021 : 03:27:10 sn0435 Narrative: E81 STRETCHING HANDLINE, T83 LEVEL 1
01/29/2021 : 03:26:49 sn0435 Narrative: "C" SIDE 2 250 GALLON PROPANE TANKS NEXT TO BUILDING, HOMEOWNER SAID THEY WERE OUT, TRYING TO CONFIRM
01/29/2021 : 03:26:21 sn0435 Narrative: INCIDENT + 20
01/29/2021 : 03:25:52 sn0435 Narrative: E66 "A" SIDE, E68 "C" SIDE, L62 "D" SIDE
01/29/2021 : 03:24:57 sn0435 Narrative: CODE 0911# TO GATE
01/29/2021 : 03:24:25 sn0435 Narrative: L62 FOR DEFENSIVE, NEED TO ESTABLISH WATER SUPPLY
01/29/2021 : 03:22:13 sn0435 Narrative: L62,E66 TO DRIVEWAY NORTH OF E68, WEST SIDE OF FIRE BUILDING
01/29/2021 : 03:20:38 sn1011 Narrative: PUD ADVISED
01/29/2021 : 03:18:30 sn0435 Narrative: T86 WATER TO E68
01/29/2021 : 03:17:49 sn0435 Narrative: E81 GIVING E68 TANK WATER
01/29/2021 : 03:15:55 sn0435 Narrative: INCIDENT + 10 DEFENSIVE
01/29/2021 : 03:14:33 sn1057 Narrative: LR1057
01/29/2021 : 03:13:56 sn0435 Narrative: CH69 IS "A" SIDE, E68 "C" SIDE, IMMEDIATE EXPOSURE 10 FEET AWAY ON CHARLIE SIDE
01/29/2021 : 03:11:27 sn1057 Narrative: RP SAYS GARAGE AND HANGER ARE 6000 SQ FT, SEEMS TO HAVE STARTED IN GARAGE, ABOUT 10 FEET AWAY FROM HOME WITH PEOPLE INSIDE
01/29/2021 : 03:09:59 sn1057 Narrative: THIS RP IS STEPHANIE PHILLIPS PH/ 425 511 3953

01/29/2021 : 03:09:43 sn0435 Narrative: LARGE BUILDINHG, 4000 SQFT, HEAVY INVOLVE, DEFENSIVE, CH69 127TH COMMAND, COMMAND POST TO CH69, 3 MORE TENDERS
01/29/2021 : 03:09:15 sn1057 Narrative: THIS RP OWNS THE HANGER, SAYS FLAMABLE LIQUIDS INSIDE, NO PEOPLE SHOULD BE INSIDE THO
01/29/2021 : 03:09:12 sn0435 Narrative: AA.
01/29/2021 : 03:08:55 sn1057 Narrative: ANOTHER RP CALLING IN , THIS RP AT  12312  127TH AVE NE- SAYS 1 PLANE , TRAILERS, BOATS AND MOTOR HOME AND SEVEERAL CARS INSIDE
01/29/2021 : 03:08:47 sn1070 Narrative: NABOR BATHROOM LIGHTS JUST TURNED ON
01/29/2021 : 03:06:30 sn0435 Narrative: AA
01/29/2021 : 03:06:09 sn1070 Narrative: FLAMES ARE NOW NEXT TO ANOTHER HANGAR
01/29/2021 : 03:05:13 sn0435 Narrative: MOVING UNITS TO TAC 4
01/29/2021 : 03:05:13 sn1070 Narrative: RP UNSURE IF THERE ARE ANY FLAMEABLE ITEMS INSIDE THE HANGAR
01/29/2021 : 03:04:27 sn1070 Narrative: RP TRYING TO KNOCK ON NABOR'S DOOR
01/29/2021 : 03:04:10 sn1070 Narrative: RP DIDNT SEE ANY SUSPICIOUS ACTIVITY
01/29/2021 : 03:03:54 sn1070 Narrative: ABOUT 12 FEET AWAY
01/29/2021 : 03:03:45 sn1070 Narrative: STRUCTURE THAT IS ON FIRE IS RIGHT NEXT TO ANOTHER BUILDING
01/29/2021 : 03:02:23 sn1070 Narrative: BUILDING IS NOW FALLING APART
01/29/2021 : 03:01:48 sn1070 Narrative: SAYING ITS NOT GETTING BETTER, DID CONFIRM THE BUILDING IS ON FIRE
01/29/2021 : 03:01:25 sn1070 Narrative: UNSURE IF THE HOMEOWNERS ARE HOME
01/29/2021 : 03:01:06 sn1070 Narrative: CAN HEAR LOTS OF CRACKING NOISES
01/29/2021 : 03:00:51 sn0120 Narrative: AA, BRDCST
01/29/2021 : 03:00:48 sn1070 Narrative: UNSURE IF THERE ARE ANY PLANES INSIDE OF IT
01/29/2021 : 03:00:40 sn1070 Narrative: SAYS ITS BILLOWING SMOKE
01/29/2021 : 03:00:12 sn1070 Narrative: RP SEES FLAMES COMING OUT WINDOWS AND LOTS OF SMOKE
01/29/2021 : 02:59:51 sn1070 Narrative: **S OF LOC
01/29/2021 : 02:59:48 sn1070 Narrative: RP CALLING FROM 12408 AND SAYS ITS 2 HOUSES DOWN
01/29/2021 : 02:59:35 sn1070 Narrative: RP SAYING SHE SEES HER NABOR'S HANGAR ON FIRE, FULL BUILDING

2021-000018 FM CAD Report

| Date/Time | User | Action Description | MachineID |
|---|---|---|---|
| ======= | == | ================= | ======= |
| 01/29/2021 13:12:08 | JCarman SNO251 | Unit Status Action | Unit FM28C Available SN-C16 |
| 01/29/2021 13:12:08 | JCarman SNO251 | Call Cleared Close Call | SN-C16 |
| 01/29/2021 13:12:04 | JCarman SNO251 | Unit Status Action | Unit FM28B Available SN-C16 |
| 01/29/2021 11:55:43 | JCarman SNO251 | Unit Status Action | Unit CH69 Available SN-C16 |
| 01/29/2021 11:55:43 | JCarman SNO251 | Call Closed By Agency | Fire Call Closed SN-C16 |
| 01/29/2021 11:54:54 | THots AR9301 | Unit Status Action | Unit CH68 Available AR-CH68-NEW |
| 01/29/2021 11:47:08 | JCarman SNO251 | Unit Status Action | Unit E68 Available SN-C16 |
| 01/29/2021 11:43:17 | JCarman SNO251 | Unit Status Action | Unit AIR94 Available SN-C16 |
| 01/29/2021 11:39:49 | JCarman SNO251 | Unit Status Action | Unit T86 Available SN-C16 |
| 01/29/2021 11:21:46 | JCarman SNO251 | Unit Status Action | Unit T68 Available SN-C16 |
| 01/29/2021 09:50:26 | KDennett SNO226 | Unit Location Action | Unit AIR94 Secondary Location: LVL 1 SN-C17 |
| 01/29/2021 09:50:20 | KDennett SNO226 | Unit Status Action | Unit AIR94 On Scene SN-C17 |
| 01/29/2021 09:39:42 | KDennett SNO226 | Unit Status Action | Unit FM28B On Scene SN-C17 |
| 01/29/2021 09:04:25 | JCarman SNO251 | Unit Status Action | Unit FM28B Enroute SN-C16 |
| 01/29/2021 09:04:25 | JCarman SNO251 | Unit Location Action | Unit FM28B Secondary Location: Secondary Location |
| 01/29/2021 09:00:55 | JCarman SNO251 | Unit Status Action | Unit AIR94 Enroute SN-C16 |
| 01/29/2021 09:00:55 | JCarman SNO251 | Unit Location Action | Unit AIR94 Secondary Location: Secondary Location |
| Cleared SN-C16 | | | |
| 01/29/2021 08:54:49 | JCarman SNO251 | Unit Status Action | Unit SU46 Available SN-C16 |
| 01/29/2021 08:52:21 | JCarman SNO251 | Unit Status Action | Unit SU87 Available SN-C16 |
| 01/29/2021 08:21:20 | JCarman SNO251 | Unit Status Action | Unit AIR94 Available SN-C16 |
| 01/29/2021 08:19:26 | Air 94 | Unit Status Action | Unit AIR94 Enroute STA94-CADRM3 |
| 01/29/2021 08:17:26 | MBruce SN0435 | Toning Action Successfully | sent message to the Location server for |
| the following station(s):  STA 94 for the following unit(s): AIR94 | | | |
| 01/29/2021 08:17:26 | MBruce SN0435 | Toning Action Successfully | played tones at the following |
| station(s):  RADN for the following unit(s): AIR94 | | | |
| 01/29/2021 08:17:26 | JCarman SNO251 | Unit Status Action | Unit AIR94 Dispatched SN-C13 |
| 01/29/2021 08:17:26 | JCarman SNO251 | Unit Status Action | Unit AIR94 Secondary Location: Secondary Location |
| Cleared SN-C16 | | | |
| 01/29/2021 08:17:26 | JCarman SNO251 | Paging Action Attempting | to page the following pagers: |
| ign12397-fiQf5nHLKsiU2wsc@alert.active911.com,1314047,36096655506@vtext.com,425327801 4@vtext.com,4254 | | | |
| 21220@vtext.com,4258769548@vtext.com,9909401@snopac911.local,gbellizzi@firedistrict19 .com | | | |
| default_nws - default_nws | | | |
| 01/29/2021 07:06:02 | JCarman SNO251 | Alerts Retrieval | Alerts Were Successfully |
| Gathered For Location At Address 12312 127TH AVE NE | | | |
| 01/29/2021 07:05:59 | JCarman SNO251 | Location | Call Location Changed from 12220 127TH AVE NE, Lake |
| Stevens to 12312 127TH AVE NE, Lake Stevens (FRONTIER AIR PARK) | | | |
| 01/29/2021 07:05:06 | JCarman SNO251 | Unit Status Action | Unit T51 Available SN-C16 |
| 01/29/2021 07:01:07 | JWinters SN0279 | Unit Status Action | Unit T65 Available SN-C15 |

2021-000018 FM CAD Report

| Date | Time | User | Action | Details |
|------|------|------|--------|---------|
| 01/29/2021 | 06:59:43 | JCarman SN0251 | Unit Status Action | Unit T83 Available SN-C16 |
| 01/29/2021 | 06:56:25 | MBruce SN0435 | Unit Status Action | Unit E87 Available SN-C13 |
| 01/29/2021 | 06:49:17 | MBruce SN0435 | Unit Status Action | Unit E82 Available SN-C13 |
| 01/29/2021 | 06:49:11 | MBruce SN0435 | Narrative Added | DRAFT SITE SECURED, E82 RETURNING |
| 01/29/2021 | 06:48:31 | MBruce SN0435 | Unit Status Action | Unit T43 Available SN-C13 |
| 01/29/2021 | 06:44:36 | ADockter SN0438 | Unit Status Action | Unit T96 Available SN-C62 |
| 01/29/2021 | 06:44:25 | Engine 66 | Unit Status Action | Unit E66 Available MF-MDC7760 |
| 01/29/2021 | 06:43:59 | MBruce SN0435 | Unit Status Action | Unit T49 Available SN-C13 |
| 01/29/2021 | 06:38:55 | ADockter SN0438 | Unit Status Action | Unit T95 Available SN-C62 |
| 01/29/2021 | 06:38:18 | Tender 31 | Unit Status Action | Unit T31 Available AF-MDC4101 |
| 01/29/2021 | 06:36:28 | ADockter SN0438 | Narrative Added | CMD ALL TENDERS CAN CLEAR EXCEPT T68, T86, T51 |
| 01/29/2021 | 06:33:35 | ADockter SN0438 | Unit Status Action | Unit T90 Available SN-C62 |
| 01/29/2021 | 06:12:28 | MBruce SN0435 | Unit Status Action | Unit T65 WILL BE CLEARING SN-C13 |
| 01/29/2021 | 06:12:11 | MBruce SN0435 | Unit Location | Unit T51 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 06:12:11 | MBruce SN0435 | Unit Location | Unit T83 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 06:11:58 | MBruce SN0435 | Narrative Added | T51 LEVEL 1 FULL |
| 01/29/2021 | 06:08:10 | MBruce SN0435 | Narrative Added | T83 LEVEL 1 FULL |
| 01/29/2021 | 05:59:55 | MBruce SN0435 | Narrative Added | T43 BACK TO STAGING SN-C13 |
| 01/29/2021 | 05:59:32 | MBruce SN0435 | Narrative Added | T95 NEXT UP FOR "C" SIDE, T96 ALSO ON "C" SIDE |
| 01/29/2021 | 05:59:04 | MBruce SN0435 | Narrative Added | T43 TO "C" SIDE SN-C13 |
| 01/29/2021 | 05:55:02 | MBruce SN0435 | Narrative Added | T49 TO N END, "A" SIDE SN-C13 |
| 01/29/2021 | 05:53:15 | MBruce SN0435 | Narrative Added | T65 GOING TO "C" SIDE SN-C13 |
| 01/29/2021 | 05:46:19 | MBruce SN0435 | Unit Location | Unit T49 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 05:46:19 | MBruce SN0435 | Unit Location | Unit T83 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 05:46:19 | MBruce SN0435 | Unit Location | Unit T31 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 05:46:19 | MBruce SN0435 | Unit Location | Unit T65 Secondary Location Updated: LEVEL 1 FULL |
| 01/29/2021 | 05:46:01 | MBruce SN0435 | Narrative Added | T65 LEVEL 1 FULL SN-C13 |
| 01/29/2021 | 05:45:47 | Ladder 62 | Unit Status Action | Unit L62 Available MF-MDC7763 |
| 01/29/2021 | 05:45:42 | MBruce SN0435 | Narrative Added | T31 LEVEL 1 FULL SN-C13 |
| 01/29/2021 | 05:25:19 | Engine 81 | Unit Location | Unit T83 STAGING, FULL SN-C13 |
| 01/29/2021 | 05:23:31 | MBruce SN0435 | Unit Status Action | Unit E81 Available AF-MDC4092 |
| 01/29/2021 | 05:21:52 | MBruce SN0435 | Narrative Added | E82 STAYING ONSCENE TO HELP FILL TENDERS, E81 WILL BE RETURNING SN-C13 |
| 01/29/2021 | 05:15:17 | MBruce SN0435 | Narrative Added | T90, STAGING, FULL SN-C13 |
| 01/29/2021 | 05:10:27 | MBruce SN0435 | Unit Location | Unit T65 Secondary Location: LEVEL 1 FULL |
| 01/29/2021 | 05:05:15 | MBruce SN0435 | Unit Location | Unit T83 Secondary Location: LEVEL 1 FULL |
| 01/29/2021 | 05:05:04 | MBruce SN0435 | Narrative Added | T65 LEVEL 1 SN-C13 |
| 01/29/2021 | 05:04:55 | MBruce SN0435 | Narrative Added | T83 LEVEL 1 FULL SN-C13 |
| 01/29/2021 | 05:02:04 | MBruce SN0435 | Narrative Added | T31 MOVING TO T68 SN-C62 |
| 01/29/2021 | 04:56:10 | ADockter SN0438 | Unit Location | Unit T31 Secondary Location: LVL 1 |

```
                           2021-000018 FM CAD Report

01/29/2021 04:55:47  ADockter SN0438  Unit Location       Unit T51 Secondary Location Updated: C SIDE   SN-C62
01/29/2021 04:54:43  ADockter SN0438  Unit Location       Unit T90 Secondary Location: T68 NORTH SIDE   SN-C62
01/29/2021 04:54:18  ADockter SN0438  Narrative Added     T90 AVL FOR WATER SUPPLY                       SN-C62
01/29/2021 04:50:47  ADockter SN0438  Unit Status Action  Unit M81 Available                             SN-C62
01/29/2021 04:44:01  MBruce SN0435    Call Type Timer     Timer Manual Stop - 1h 31m 1s (9)              SN-C13
01/29/2021 04:41:08  MBruce SN0435    Narrative Added     T49 AT NORTHERNMOST DRIVEWAY, WILL REPLACE T31  SN-C13
01/29/2021 04:37:00  MBruce SN0435    Narrative Added     T43 TO STAGE AT "C" SIDE                       SN-C13
01/29/2021 04:36:29  MBruce SN0435    Narrative Added     CORR REHAB ON "D" SIDE WITH L62   SN-C13
01/29/2021 04:35:03  MBruce SN0435    Narrative Added     REHAB SET UP ON "B" SIDE OF BUILDING
01/29/2021 04:34:57  MBruce SN0435    Unit Location       Unit T51 Secondary Location: LEVEL 1   SN-C13
01/29/2021 04:34:49  MBruce SN0435    Unit Status Action  Unit T51 On Scene   SN-C13
01/29/2021 04:34:47  MBruce SN0435    Narrative Added     T51 LEVEL 1   SN-C13
01/29/2021 04:34:42  MBruce SN0435    Narrative Added     STILL DEFENSIVE, CANCX TIMER
01/29/2021 04:34:32  MBruce SN0435    Call Type Timer     Timer Acknowledged - 1h 30m (9)   SN-C13
                     SN-C13                                                    Total: 1h 30m 30s
01/29/2021 04:34:28  MBruce SN0435    Narrative Added     INCIDENT + 90   SN-C13
01/29/2021 04:34:18  MBruce SN0435    Narrative Added     T90 FULL AND AVAIL   SN-C13
01/29/2021 04:34:02  MBruce SN0435    Call Type Timer     Timer Increment - 1h 30m (9)   SN-C13
Total: 1h 30m 0s     default_nws - default_nws   TTP-CAD01
01/29/2021 04:33:52  MBruce SN0435    Narrative Added     12220 IS "C" SIDE FOR T83   SN-C13
01/29/2021 04:33:26  MBruce SN0435    Narrative Added     T83 TO "C" SIDE   SN-C13
01/29/2021 04:32:37  MBruce SN0435    Call Updated        Additional Location Info  Changed from FRONTIER
AIRPARK, GATE CODE 0911#   SN-C13
01/29/2021 04:30:25  MBruce SN0435    Narrative Added     T83 LEVEL 1 FULL   SN-C13
01/29/2021 04:30:01  MBruce SN0435    Narrative Added     DIV "C" HITTING SPOTS DIV "A" WAS UNABLE TO GET TO,
DIV "A" HAS FIRE UNDER CONTROL ON THEIR SIDE   SN-C13
01/29/2021 04:24:56  MBruce SN0435    Call Type Timer     Timer Acknowledged - 1h 20m (8)   Total: 1h 20m 54s
01/29/2021 04:24:53  MBruce SN0435    Narrative Added     INCIDENT + 80   SN-C13
01/29/2021 04:24:26  MBruce SN0435    Narrative Added     T90 LEVEL 1 AWAITING ASSIGNMENT  SN-C13
01/29/2021 04:24:02  MBruce SN0435    Call Type Timer     Timer Increment - 1h 20m (8)
Total: 1h 20m 0s     default_nws - default_nws   TTP-CAD01
01/29/2021 04:23:14  MBruce SN0435    Unit Status Action  Unit T31 On Scene   SN-C13
                     SN-C13
01/29/2021 04:22:15  MBruce SN0435    Narrative Added     T31 LEVEL 1   SN-C13
01/29/2021 04:22:10  MBruce SN0435    Narrative Added     T31 NORTHERNMOST DRIVEWAY TO SUPPLY T68
01/29/2021 04:22:00  MBruce SN0435    Narrative Added     DIV "C" NEEDS WATER, T96 TO SUPPLY T86 ON "C" SIDE
01/29/2021 04:20:20  MBruce SN0435    Narrative Added     REPLACING T95 TO SUPPLY T68  SN-C13
01/29/2021 04:20:05  MBruce SN0435    Unit Status Action  Unit T96 On Scene   SN-C13
01/29/2021 04:20:01  MBruce SN0435    Unit Location       Unit T96 Secondary Location: LEVEL 1  SN-C13
01/29/2021 04:19:58  MBruce SN0435    Narrative Added     E66 HAS WATER SUPPLY ESTABLISHED   SN-C13
01/29/2021 04:19:47  MBruce SN0435    Narrative Added     Additional Location Info FRONTIER AIRPARK Added
                     SN-C13
01/29/2021 04:18:13  MBruce SN0435    Unit Status Action  Unit SU87 On Scene   SN-C13
```

# 2021-000018 FM CAD Report

| Date/Time | User | Entry |
|---|---|---|
| 01/29/2021 04:17:09 | MBruce SNO435 | Narrative Added INCIDENT + 70    SN-C13 |
| 01/29/2021 04:16:26 | MBruce SNO435 | Call Type Timer Timer Acknowledged - 1h 10m (7)    Total: 1h 12m 24s |
| | SN-C13 | Total: 1h 10m 0s |
| 01/29/2021 04:14:50 | MBruce SNO435 | Narrative Added INCIDENT + 70    SN-C13 |
| 01/29/2021 04:14:29 | MBruce SNO435 | Unit Status Action    Unit T31 Enroute    SN-C13 |
| 01/29/2021 04:14:15 | MBruce SNO435 | Unit Status Action    Unit T31 On Scene    SN-C13 |
| 01/29/2021 04:14:02 | default_nws | Call Type Timer Timer Increment - 1h 10m (7) |
| | default_nws | |
| | TTP-CAD01 | Total: 1h 10m 0s |
| 01/29/2021 04:11:54 | MBruce SNO435 | Unit Status Action    Unit SU46 Secondary Location: LEVEL 1    SN-C13 |
| 01/29/2021 04:11:46 | MBruce SNO435 | Unit Status Action    Unit SU46 On Scene    SN-C13 |
| 01/29/2021 04:11:27 | MBruce SNO435 | Narrative Added T90 ONSCENE    SN-C13 |
| 01/29/2021 04:11:18 | MBruce SNO435 | Unit Status Action    Unit T90 on Scene    SN-C13 |
| 01/29/2021 04:11:18 | MBruce SNO435 | Unit Location    Unit T90 Secondary Location: Secondary Location Cleared SN-C13 |
| 01/29/2021 04:10:57 | MBruce SNO435 | Unit Status Action    Unit E90 Available    SN-C13 |
| 01/29/2021 04:09:19 | MBruce SNO435 | Unit Status Action    Unit T65 On Scene    SN-C13 |
| 01/29/2021 04:08:46 | MBruce SNO435 | Narrative Added T65 GOING TO N SIDE TO SUPPLY T68    SN-C13 |
| 01/29/2021 04:08:32 | MBruce SNO435 | Narrative Added CHECKING DIV "A" TO SEE IF THEY CAN MAKE BETTER ACCESS TO "B"    SN-C13 |
| 01/29/2021 04:08:24 | Dlorentzen FM5147 | Unit Status Action    Unit FM28C On Scene    CD58665 |
| 01/29/2021 04:08:17 | MBruce SNO435 | Narrative Added DIV "C" TRYING TO MAKE ACCESS TO "B" SIDE, CORNER IS STILL FIREBURNING, HINDERANCE ON GETTING FIRE KNOCKED DOWN. WILL TRY TO GET A BETTER ANGLE    SN-C13 |
| 01/29/2021 04:06:41 | MBruce SNO435 | Narrative Added INCIDENT + 60    SN-C13 |
| 01/29/2021 04:06:32 | MBruce SNO435 | Call Type Timer Timer Acknowledged - 1h 0m (6)    Total: 1h 0m 0s SN-C13 |
| 01/29/2021 04:06:11 | MBruce SNO435 | Narrative Added E82 GOING TO DRAFT SITE TO GET DRAFT ENGINE ** NOT E83    SN-C13 |
| 01/29/2021 04:05:54 | MBruce SNO435 | Narrative Added 129TH ST/127TH AVE.    E87 HAVING MECH ISSUES GETTING SN-C13 |
| 01/29/2021 04:05:22 | MBruce SNO435 | Narrative Added FILL DRAFT STATION NORTH OF LOC AT E87    SN-C13 DRAFT, E83 WILL ASSIST |
| 01/29/2021 04:05:07 | MBruce SNO435 | Narrative Added PUD ONSCENE    SN-C13 |
| 01/29/2021 04:05:02 | MBruce SNO435 | Narrative Added PUD NEEDS TO SHUT POWER OFF TO BUILDING ON FIRE.    SN-C13 |
| 01/29/2021 04:04:32 | MBruce SNO435 | Narrative Added T68 NEEDS RESUPPLY, T65 ENRT.    T68 IS NURSE TENDER SN-C13 |
| 01/29/2021 04:04:02 | default_nws | Call Type Timer Timer Increment - 1h 0m (6) |
| | default_nws | |
| | TTP-CAD01 | |
| 01/29/2021 04:03:27 | MBruce SNO435 | Narrative Added SU87 ENRT    SN-C13 |
| 01/29/2021 04:03:21 | MBruce SNO435 | Narrative Added T65 TO NORTH SIDE. 12312    SN-C13 |
| 01/29/2021 04:02:54 | MBruce SNO435 | Narrative Added T65 - 2 MIN OUT SN-C13 |
| 01/29/2021 04:02:25 | MBruce SNO435 | Narrative Added PD NOT NEEDED AT THIS TIME    SN-C13 |
| 01/29/2021 04:01:55 | MBruce SNO435 | Narrative Added E68 ESTABLISHING DRAFT, AWAITING SUPPLYING THE TENDERS.    SN-C13 |
| 01/29/2021 04:00:55 | MBruce SNO435 | Narrative Added DIV "A"  3 PROPANE TANKS ON OUTSIDE OF DIV "C" UNAFFECTED. ONE TANK ON A/B CORNER THAT IS AFFECTED, WORKING ON IT.    SN-C13 |
| 01/29/2021 03:59:32 | MBruce SNO435 | Narrative Added T43 ESTABLISHING WATER SUPPLY OFFICER ON "C" SUPPLY. T86,T95,T43    SN-C13 |
| 01/29/2021 03:59:32 | MBruce SNO435 | T86 IS NURSE TENDER MOVING AROUND TO SPOTS NEEDED. T68 ON NORTH SIDE WATER SUPPLY |

2021-000018 FM CAD Report

01/29/2021 03:57:58    MBruce SN0435    Narrative Added, DIV "C" PROPANE TANKS CONTINUE TO CHECK, WILL HAVE
TO MAKE ACCESS FROM NORTH A/B SIDE, WORKING WITH DIV "A",                SN-C13
01/29/2021 03:57:08    MBruce SN0435    Narrative Added E87 BACK TO DECK ON "A" SIDE AFTER SN-C13
01/29/2021 03:56:48    MBruce SN0435    Narrative Added E82 FOLLOWING T95 TO GIVE TANK WATER, THEN BACK TO
127TH            SN-C13

01/29/2021 03:55:29    MBruce SN0435    Call Type Timer Timer Acknowledged - 50m (S)      Total: 51m 27s

01/29/2021 03:55:25    MBruce SN0435    Narrative Added STILL DEFENSIVE SN-C13
01/29/2021 03:55:20    MBruce SN0435    Unit Location Secondary Location: LEVEL 1    SN-C13
01/29/2021 03:55:09    MBruce SN0435    Unit Status Action            Unit E82 On Scene    SN-C13
01/29/2021 03:55:03    MBruce SN0435    Narrative Added INCIDENT + 50    SN-C13
01/29/2021 03:54:49    MBruce SN0435    Unit Location Secondary Location Updated: DELTA SIDE

01/29/2021 03:54:44    MBruce SN0435    Unit Location    Unit T95 Secondary Location Updated: SCENE
SN-C13

01/29/2021 03:54:32    MBruce SN0435    Narrative Added T95 TO DRIVEWAY S; SUPPLY T86, 12220    SN-C13
01/29/2021 03:54:02    default_nws            Call Type Timer Timer Increment - 50m (S)      Total:
50m    OS    TTP-CAD01

01/29/2021 03:53:11    MBruce SN0435    Narrative Added T68 LESS THAN 500 GALLONS    SN-C13
01/29/2021 03:52:49    MBruce SN0435    Narrative Added E68 1/2 TANK    SN-C13
01/29/2021 03:52:40    MBruce SN0435    Narrative Added DRAFT SITE STILL BEING SET UP N OF THE LOC, WILL
HAVE TENDERS GO THERE TO FILL UP            SN-C13

01/29/2021 03:52:05    MBruce SN0435    Narrative Added T43 WILL HANDLE WATER SUPPLY ON DIV "C"    SN-C13
01/29/2021 03:51:31    MBruce SN0435    Narrative Added WATER ON FLAMES ON A/B CORNER,    SN-C13
01/29/2021 03:50:54    MBruce SN0435    Narrative Added DIV "A" PROPANE TANK OFFGASSING, WATER ON IT NOW

01/29/2021 03:50:34    MBruce SN0435    Narrative Added E66 - ESTABLISHED 2ND LINE FROM "A/B" CORNER    L62
WORKING WITH, E66 - DIV "A", E66, L62 W SN-C13            SN-C13
01/29/2021 03:49:46    MBruce SN0435    Narrative Added DIV "C" WATER SUPPLY LOOKS GOOD, IF PROPANE TANKS
NEED LINES, E66 WILL SUPPLY FROM "C" SIDE            SN-C13

01/29/2021 03:49:23    MBruce SN0435    Unit Status Action            Unit SU87 Enroute    SN-C13
01/29/2021 03:49:00    MBruce SN0435    Narrative Added T95    LEVEL 1    SN-C13
01/29/2021 03:48:55    MBruce SN0435    Narrative Added T95    Unit T95 On Scene    SN-C13
01/29/2021 03:48:55    MBruce SN0435    Unit Status Action            Unit T95 On Scene    SN-C13
01/29/2021 03:48:42    MBruce SN0435    Unit Location Secondary Location: LEVEL 1    SN-C13
01/29/2021 03:48:32    MBruce SN0435    Narrative Added E68 WORKING ON GETTING A DRAFT NOW    SN-C13
01/29/2021 03:47:50    MBruce SN0435    Narrative Added E81 PARTIAL WALKAROUND "C" AND "B"    2 PROPANE
TANKS, ONE AT 200, ONE AT 250, HANDLINE WILL WORK, NO ACCESS DUE TO FENCE.    POSS TWO SEPARATE PROPANE TANKS,
DIV CHARLIE ADVISED            SN-C13

01/29/2021 03:46:23    MBruce SN0435    Narrative Added E66 CHECKING A/B ON EAST SIDE, PREV CHECKED - BUT
CONCERN IS TO COLLAPSE TO "A" SIDE, WILL CHECK AGAIN    SN-C13
01/29/2021 03:45:35    MBruce SN0435    Narrative Added T49 TO DRIVEWAY N SUPPLYING T68 SN-C13
01/29/2021 03:45:22    MBruce SN0435    Unit Status Action            Unit T49 On Scene    SN-C13
01/29/2021 03:45:22    MBruce SN0435    Unit Location Secondary Location: LEVEL 1    SN-C13
01/29/2021 03:45:13    default_nws - default_nws            Alerts Retrieval    Alerts Were Successfully
Gathered For Location At Address 12220 127TH AVE NE    TTP-CAD01

01/29/2021 03:44:58    MBruce SN0435    Disassociated Calls            Call Number 909 was Disassociated
SN-C13

01/29/2021 03:45:09    default_nws - default_nws            Alerts Retrieval    Alerts Were Successfully

2021-000018 FM CAD Report

Gathered For Location At Address 12220 127TH AVE NE
01/29/2021 03:45:08    MBruce SNO435    Call Type Timer Timer Acknowledged - 40m (4)    Total: 41m 6s
SN-C13
01/29/2021 03:45:06    default_nws - default_nws    Alerts Retrieval    Alerts Were Successfully
Gathered For Location At Address 12220 127TH AVE NE
01/29/2021 03:44:51    MBruce SNO435    TTP-CAD01
SN-C13
01/29/2021 03:45:04    MBruce SNO435    Disassociated Calls    Call Number 909 was Disassociated
SN-C13
01/29/2021 03:44:49    MBruce SNO435    Person Deleted    Name: REN , Contact Phone: (425) 218-8053
SN-C13
01/29/2021 03:44:19    MBruce SNO435    Narrative Added    STILL DEFENSIVE SN-C13
01/29/2021 03:44:15    MBruce SNO435    Narrative Added    INCIDENT + 40    SN-C13
01/29/2021 03:44:02    default_nws - default_nws    Call Type Timer Timer Increment - 40m (4)    Total:
40m 0s    TTP-CAD01
01/29/2021 03:43:58    MBruce SNO435    Person Added    Name: REN , Contact Phone: (425) 218-8053
SN-C13
01/29/2021 03:43:57    MBruce SNO435    Narrative Added AC, NOW 1/2 MILE WEST IN WOODED AREA - RP SEES BLK
SMOKE. NO FLAMES SEEN, NOT SEEING ANY GLOWING OR ANY EMBERS; LINE DISCONNECTED; FAST BUSY OCB - RP HAD A
POOR CONNECTION - LR1054; RP CALLING BACK; THIS IS RP THINKS IT MIGHT ACTUALLY BE NEAR THE PRIVATE AIRPORT,
POSS RELATED; LR270; AA COMMAND SN-C13
SC, Location: 13718 110TH ST NE, Caller Phone: (425) 218-8053, Call Number 909 was Associated, Call Type:
01/29/2021 03:43:57    JFenter SNO337    Unit Status Action    Unit FM28C Enroute    SN-C13
01/29/2021 03:43:53    JFenter SNO337    Narrative Added **CORRECTION FM28 C    SN-C51
01/29/2021 03:43:37    JFenter SNO337    Narrative Added ER FM28A, ETA 45 MIN    SN-C51
01/29/2021 03:42:34    MBruce SNO435    Unit Status Action    Unit E90 Enroute    SN-C13
01/29/2021 03:42:34    MBruce SNO435    Unit Location    Unit E90 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 03:42:18    MBruce SNO435    Unit Status Action    Unit T90 Available    SN-C13
01/29/2021 03:41:44    Tender 31    Unit Status Action    Unit T31 Enroute    AF-MDC4101
01/29/2021 03:41:12    MBruce SNO435    Unit Status Action    Unit T65 Enroute    SN-C13
01/29/2021 03:41:12    MBruce SNO435    Unit Location    Unit T65 Secondary Location: Secondary Location.
Cleared SN-C13
01/29/2021 03:41:05    MBruce SNO435    Unit Status Action    Unit T51 Enroute    SN-C13
01/29/2021 03:40:28    ADockter SNO438    Unit Status Action    Unit T96 Enroute    SN-C62
01/29/2021 03:40:19    MBruce SNO435    Paging Action    Attempting to page the following pagers:
ign13888l,425343307B@vtext.com,4255839739@vtext.com    SN-C13
01/29/2021 03:40:18    MBruce SNO435    Unit Status Action    Unit FM28C Dispatched    SN-C13
01/29/2021 03:40:18    MBruce SNO435    Unit Location    Unit FM28C Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:58:39    MBruce SNO435    Incident Created    Added Incident Number, ORI: WA0312700,
Number: 2021-0000018
01/29/2021 03:39:47    MBruce SNO435    Paging Action    Attempting to page the following pagers:
01/29/2021 03:39:08    MBruce SNO435    Unit Status Action    Unit SU46 Enroute    SN-C13
ign12083-vpGjCxKP3w3bqDM@alert.active911.com,1313797,30528-tgHa9z7TitcQCTMcv@alert.active911.com,3606313371@
vtext.com,4255305523@vtext.com,XT30528-tgHa9z7TitcQCTMcv@alert.active911.com
SN-C13

2021-000018 FM CAD Report

01/29/2021 03:39:08  MBruce SN0435  Toning Action  Successfully sent message to the Locution server for the following station(s): STA 87 for the following unit(s): SU87  SN-C13

01/29/2021 03:39:08  MBruce SN0435  Toning Action  Successfully played tones at the following station(s): SU87  SN-C13  RADN for the following unit(s): SU87

01/29/2021 03:39:08  MBruce SN0435  Unit Status Action  Unit SU87 Dispatched  SN-C13

01/29/2021 03:39:08  MBruce SN0435  Unit Location  Unit SU87 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 03:39:01  MBruce SN0435  Narrative Added  REQ FIRE MARSHALL, AND SU87  SN-C13

01/29/2021 03:38:43  MBruce SN0435  Unit Status Action  Unit AC99 Available  SN-C13

01/29/2021 03:38:38  MBruce SN0435  Narrative Added  AC99 MAY CANCX  SN-C13

01/29/2021 03:38:22  MBruce SN0435  Unit Recommendation  Recommendation viewed, no units in recommendation. SN-C13

01/29/2021 02:58:39  MBruce SN0435  Incident Created  Added Incident Number, ORI: 31D05  ,  Number: 2021-0000108

01/29/2021 03:37:46  MBruce SN0435  Unit Recommendation  Recommendation completed for units: T31, T90, T51, T96, AC99. SN-C13

01/29/2021 03:37:46  MBruce SN0435  Toning Action  Successfully sent message to the Locution server for the following station(s): STA 31, STA 90, STA 51, STA 96, STA 99 for the following unit(s): T31, T90, T51, T96, AC99

01/29/2021 03:37:46  MBruce SN0435  Paging Action  Attempting to page the following pagers: ign1312183,1312615,1313813,1313814,1313821,1313839,1313966,15638-djkn9XqAwF8FnEqH@alert.active911.com,16953-t6FKk7CjktPiCVAu@alert.active911.com,19161-iZtwERKMhtNNWGnN@alert.active911.com,kk15638-djkn9XqAwF8FnEqH@alert.active911.com,Z rt.active911.com,ME15638-djkn9XqAwF8FnEqH@alert.active911.com T15638-djkn9XqAwF8FnEqH@alert.active911.com  SN-C13

01/29/2021 03:37:46  MBruce SN0435  Toning Action  Successfully played tones at the following station(s): RADN, STA 31 for the following unit(s): T31, T90, T51, T96, AC99

01/29/2021 03:37:45  MBruce SN0435  Unit Status Action  Unit T96 Dispatched  SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Location  Unit T96 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Status Action  Unit T51 Dispatched  SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Location  Unit T51 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Status Action  Unit T90 Dispatched  SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Location  Unit T90 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Status Action  Unit AC99 Dispatched  SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Location  Unit AC99 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 02:58:39  MBruce SN0435  Incident Created  Added Incident Number, ORI: 31D30  ,  Number: 2021-0000313

01/29/2021 03:37:45  MBruce SN0435  Unit Recommendation  Recommendation accepted for units: T31, T90, T51, T96, AC99. SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Status Action  Unit T31 Dispatched  SN-C13

01/29/2021 03:37:45  MBruce SN0435  Unit Location  Unit T31 Secondary Location: Secondary Location  Cleared SN-C13

01/29/2021 03:37:22  MBruce SN0435  Unit Recommendation  Recommendation viewed for units : T31, T51, AC99 SN-C13

01/29/2021 03:37:19  MBruce SN0435  Unit Recommendation  Additional recommendation requests modified:

2021-000018 FM CAD Report

(C) Tender , (C) Tender , (C) Tender'                                                    SN-C13

01/29/2021 03:37:12   MBruce SN0435   Unit Recommendation   Recommendation viewed, no units in
recommendation. SN-C13

01/29/2021 03:37:03   MBruce SN0435   Unit Status Action    Unit T65 Available   SN-C13

01/29/2021 03:35:45   MBruce SN0435   Narrative Added       E68 GOING TO E87     SN-C13

01/29/2021 03:35:00   MBruce SN0435   Call Type Timer Timer Acknowledged - 30m  (3)   Total: 30m 58s

01/29/2021 03:34:56   MBruce SN0435   Narrative Added INCIDENT + 30   SN-C13

01/29/2021 03:34:34   MBruce SN0435   Narrative Added, E81 1/4 TANK   SN-C13

01/29/2021 03:34:08   Engine 82       Unit Status Action    Unit E82 Enroute     AF-MDC4066

01/29/2021 03:34:02   default.nws -   default.nws           Call Type Timer Timer Increment - 30m (3)   Total:
30m 0s   TTP-CAD01

01/29/2021 03:33:24   MBruce SN0435   Narrative Added       T43 TO DRIVEWAY S OF E87 TO SUPPLY T86   SN-C13

01/29/2021 03:33:10   MBruce SN0435   Narrative Added       T43 LEVEL 1          SN-C13

01/29/2021 03:32:17   MBruce SN0435   Narrative Added       E68 TAKING AN ENGINE AND GOING TO DRAFT SITE

01/29/2021 03:31:50   MBruce SN0435   Narrative Added       T68 1/4 TANK         SN-C13

01/29/2021 03:31:45   MBruce SN0435   Narrative Added       E87 OFFICER IS "DIV C", HAS E81, E68, E87 WORKING
WITH   SN-C13

01/29/2021 03:29:57   MBruce SN0435   Unit Recommendation   Recommendation accepted for units: E82.
cleared SN-C13

01/29/2021 03:29:57   MBruce SN0435   Unit Location         Unit E82 Secondary Location: Secondary Location

01/29/2021 03:29:57   MBruce SN0435   Unit Status Action    Unit E82 Dispatched   SN-C13

01/29/2021 03:29:57   MBruce SN0435   Unit Recommendation   Recommendation completed for units: E82.

01/29/2021 03:29:57   MBruce SN0435   Toning Action   Successfully played tones at the following
station(s):   STA 82 for the following unit(s): E82

the following station(s):    Paging Action   Attempting to page the following pagers:
ign131272O.18345-GRycgFwm73dFnBZv8alert.active911.com   SN-C13

01/29/2021 03:29:57   MBruce SN0435   Toning Action   Successfully sent message to the Locution server for
station(s):   for the following unit(s): E82
82   RADE, STA 82 for the following unit(s): E82

01/29/2021 03:29:53   MBruce SN0435   Unit Recommendation   Recommendation viewed for the following

01/29/2021 03:29:03   MBruce SN0435   Narrative Added   T68 TO SUPPLY L62

01/29/2021 03:28:54   MBruce SN0435   Narrative Added   NO EN87 SN-C13   SN-C13

01/29/2021 03:28:48   MBruce SN0435   Narrative Added   T68 TO N SIDE OF BUILDING   SN-C13

01/29/2021 03:28:41   MBruce SN0435   Unit Status Action   Unit T68 On Scene   SN-C13

01/29/2021 03:28:18   MBruce SN0435   Unit Status Action   Unit E61 Available   SN-C13

01/29/2021 03:27:27   MBruce SN0435   Unit Location   Unit CH68 Secondary Location: WITH T68   SN-C13

01/29/2021 03:27:11   MBruce SN0435   Unit Status Action   Unit CH68 On Scene   SN-C13

01/29/2021 03:27:10   MBruce SN0435   Narrative Added   E81 STRETCHING HANDLINE, T83 LEVEL 1   SN-C13

01/29/2021 03:26:49   MBruce SN0435   Narrative Added "C"   SIDE 2 250 GALLON PROPANE TANKS NEXT TO
BUILDING, HOMEOWNER SAID THEY WERE OUT, TRYING TO CONFIRM   SN-C13

01/29/2021 03:26:26   MBruce SN0435   Call Type Timer Timer Acknowledged - 20m (2)   Total: 22m 24s

01/29/2021 03:26:21   MBruce SN0435   Narrative Added   INCIDENT + 20   SN-C13

01/29/2021 03:25:52   MBruce SN0435   Narrative Added   E66 "A" SIDE, E68 "C" SIDE, L62 "D" SIDE

2021-000018 FM CAD Report

```
SN-C13
01/29/2021 03:25:07   MBruce SN0435   Unit Status Action      Unit T83 on Scene        SN-C13
01/29/2021 03:24:57   MBruce SN0435   Narrative Added         CODE 0911# TO GATE        SN-C13
01/29/2021 03:24:25   MBruce SN0435   Narrative Added         L62 FOR DEFENSIVE, NEED TO ESTABLISH WATER SUPPLY
SN-C13
01/29/2021 03:24:11   MBruce SN0435   Unit Recommendation     Recommendation completed for units: T65.
SN-C13
01/29/2021 03:24:11   MBruce SN0435   Paging Action           Attempting to page the following pagers:
ign1315927,1316111,19003-PLGgHg4n6y7Esa2t0@alert.active911.com
01/29/2021 03:24:11   MBruce SN0435   Toning Action           Successfully sent message to the Location server for
the following station(s): STA 65 for the following unit(s): T65          SN-C13
01/29/2021 03:24:11   MBruce SN0435   Toning Action           Successfully played tones at the following
station(s): STA 65 for the following unit(s): T65
01/29/2021 03:24:10   RADN, STA      MBruce SN0435   Unit Recommendation   Recommendation accepted for units: T65.
65
SN-C13
01/29/2021 03:24:10   MBruce SN0435   Unit Status Action      Unit T65 Dispatched              SN-C13
01/29/2021 03:24:10   MBruce SN0435   Unit Location           Unit T65 Secondary Location: Secondary Location.
Cleared SN-C13
01/29/2021 03:24:02   default_nws -   default_nws   Call Type Timer   Timer Increment - 20m (2)       Total:
20m 0s   TTP-CAD01
01/29/2021 03:23:57   MBruce SN0435   Unit Recommendation     Recommendation viewed for units : T65
SN-C13
01/29/2021 03:23:55   MBruce SN0435   Unit Recommendation     Additional recommendation requests modified:
(C) Tender , (C) Tender SN-C13
01/29/2021 03:23:49   MBruce SN0435   Unit Recommendation     Recommendation viewed, no units in
recommendation T65
01/29/2021 03:22:13   MBruce SN0435   Narrative Added   Unit L62,E66 TO DRIVEWAY NORTH OF E68, WEST SIDE OF FIRE
BUILDING SN-C13
01/29/2021 03:21:38   MBruce SN0435   Unit Location     Unit A87 Secondary Location Removed        SN-C13
01/29/2021 03:21:26   MBruce SN0435   Unit Status Action      Unit A87 On Scene        SN-C13
01/29/2021 03:21:07   MBruce SN0435   Unit Status Action      Unit E66 On Scene        SN-C13
01/29/2021 03:20:38   Azajac SN10111  Narrative Added   PUD ADVISED              SN-C52
01/29/2021 03:20:20   MBruce SN0435   Unit Status Action      Unit T43 On Scene        SN-C13
01/29/2021 03:20:14   MBruce SN0435   Unit Status Action      Unit L62 On Scene        SN-C13
01/29/2021 03:19:55   MBruce SN0435   Unit Location     Unit L62 Secondary Location: LEVEL 1       SN-C13
01/29/2021 03:19:39   MBruce SN0435   Unit Recommendation     Recommendation viewed, no units in
recommendation.   SN-C13
01/29/2021 03:19:25   MBruce SN0435   Unit Status Action      Unit T60 Available
01/29/2021 03:18:53   MBruce SN0435   Unit Status Action      Unit M81 On Scene        SN-C13
01/29/2021 03:18:47   MBruce SN0435   Unit Location     Unit M81 Secondary Location: COMMAND POST "A" SIDE
SN-C13
01/29/2021 03:18:30   MBruce SN0435   Narrative Added   T86 WATER TO E68
01/29/2021 03:18:21   MBruce SN0435   Unit Status Action      Unit T86 On Scene        SN-C13
01/29/2021 03:17:49   MBruce SN0435   Narrative Added   E81 GIVING E68 TANK WATER        SN-C13
01/29/2021 03:17:21   MBruce SN0435   Unit Location     Unit E81 Secondary Location: LEVEL 1       SN-C13
01/29/2021 03:17:18   MBruce SN0435   Unit Status Action      Unit E81 On Scene        SN-C13
01/29/2021 03:17:12   MBruce SN0435   Unit Status Action      Unit SU46 Dispatched             SN-C13
01/29/2021 03:17:12   MBruce SN0435   Unit Location     Unit SU46 Secondary Location: Secondary Location
```

Page 9

2021-000018 FM CAD Report

```
Cleared SN-C13
01/29/2021 03:17:12      MBruce SNO435    Toning Action    Successfully sent message to the Location server for
the following station(s):    STA 46 for the following unit(s): SU46      SN-C13
01/29/2021 03:17:12      MBruce SNO435    Paging Action    Attempting to page the following pagers:
ign131639,36020775460txt.att.net,36063111500vtext.com,36064095530tmoma11.net,36064095530@vtext.com,42535346747
4@vtext.com,42542640270vtext.com,42550165460vtext.com,42573728630vtext.com,425750715608t
xt.att.net,42575490230vtext.com,425879115160messaging.sprintpcs.com,42587915160txt.att.c
om,731293113380vtext.com,801682760600vtext.com,83143102790vtext.com,9135486652@vtext.com,RX15638-dJkm9Xq@wF8Fn
EqH@aIert.active911.com SN-C13
01/29/2021 03:17:12      MBruce SNO435    Toning Action    Successfully played tones at the following
station(s):    RADN for the following unit(s): SU46      SN-C13
01/29/2021 02:58:33      MBruce SNO435    Incident Created    SN-C13      Added Incident Number, ORI: 31M01
Number: 2021-00000355
01/29/2021 03:16:29      MBruce SNO435    Unit Status Action    Unit T49 Enroute      SN-C13
01/29/2021 03:16:25      MBruce SNO435    Unit Location    Unit E68 Secondary Location: "C" SIDE    SN-C13
01/29/2021 03:16:18      MBruce SNO435    Unit Location    Unit CH69 Secondary Location: 127TH CMD SN-C13
01/29/2021 03:15:56      KOtter A03007    Unit Status Action    Unit T95 Enroute      STA95-CAD1
01/29/2021 03:15:55      MBruce SNO435    Narrative Added    INCIDENT + 10 DEFENSIVE SN-C13
01/29/2021 03:15:48      MBruce SNO435    Call Type Timer    Timer Acknowledged - 10m (1)    Total: 11m 46s
SN-C13
01/29/2021 03:14:33      CPorter SN1057    Narrative Added    LR1057    SN-C21
01/29/2021 03:14:16      MBruce SNO435    Unit Status Action    Unit E87 On Scene    SN-C13
01/29/2021 03:14:02      default_mws -     Call Type Timer    Timer Increment - 10m (1)    Total:
default_mws
10m 0s     TTP-CAD01
01/29/2021 03:13:56      MBruce SNO435    Narrative Added CH69 IS "A" SIDE, E68 "C" SIDE, IMMEDIATE EXPOSURE
10 FEET AWAY ON CHARLIE SIDE    SN-C13
Engine 68    Unit Status Action    Unit E68 On Scene      AR-E68
01/29/2021 03:12:10      MBruce SNO435    Unit Recommendation    Recommendation viewed, no units in
recommendation SN-C13
01/29/2021 03:12:03      MBruce SNO435    Toning Action    Successfully played tones at the following
station(s): T49 for the following unit(s): T49      SN-C13
01/29/2021 02:58:39      MBruce SNO435    Incident Created    SN-C13      Added Incident Number, ORI: 31D21
Number: 2021-00000085
01/29/2021 03:12:03      MBruce SNO435    Unit Recommendation    Recommendation accepted for units: T49.
01/29/2021 03:12:03      MBruce SNO435    Unit Status Action    Unit T49 Dispatched    SN-C13
01/29/2021 03:12:03      MBruce SNO435    Unit Location    Unit T49 Secondary Location: Secondary Location
SN-C13
01/29/2021 03:12:03      MBruce SNO435    Unit Recommendation    Recommendation completed for units: T49.
Cleared SN-C13
01/29/2021 03:12:03      MBruce SNO435    Toning Action    Successfully sent message to the Location server for
the following station(s):    STA 49 for the following unit(s): T49
01/29/2021 03:12:03      MBruce SNO435    Paging Action    Attempting to page the following pagers:
ign131263,36032222348@vtext.com,42524433500vtext.com,NR11457-EXDFZ7tEAPu9hycq@alert.active911.com
SN-C13
01/29/2021 03:11:39      MBruce SNO435    Unit Recommendation    Recommendation viewed for units : T49, T65
01/29/2021 03:11:36      MBruce SNO435    Unit Recommendation    Additional recommendation requests modified:
```

2021-000018 FM CAD Report

(C) Tender , (C) Tender , SN-C13

01/29/2021 03:11:27 CPorter SN1057 Narrative Added RP SAYS GARAGE AND HANGER ARE 6000 SQ FT, SEEMS TO HAVE STARTED IN GARAGE, ABOUT 10 FEET AWAY FROM HOME WITH PEOPLE INSIDE SN-C21

01/29/2021 03:11:22 MBruce SN0435 Unit Recommendation Recommendation viewed, no units in recommendation. SN-C13

01/29/2021 03:11:13 MBruce SN0435 Unit Status Action Unit CH69 On Scene SN-C13

01/29/2021 02:58:39 MBruce SN0435 Incident Created Added Incident Number, ORI: 31D19 , Number: 2021-00000072

01/29/2021 03:11:01 MBruce SN0435 Unit Status Action Unit T95 Dispatched SN-C13

01/29/2021 03:11:01 MBruce SN0435 Unit Location Unit T95 Secondary Location: Secondary Location Cleared SN-C13

01/29/2021 03:11:01 MBruce SN0435 Unit Recommendation Recommendation completed for units: T60, T95. SN-C13

01/29/2021 03:11:01 MBruce SN0435 Paging Action Attempting to page the following pagers: ighl2397-ftof5hHLksiu2wsc@alert.active911.com,1313255,1314047,1991l-6dpyX4tjRLANxDD8@alert.active911.com,360322453@vtext.com,3609419442@tnomai1.net,4253153297@vtext.com SN-C13

01/29/2021 03:11:01 MBruce SN0435 Toning Action Successfully sent message to the Location server for the following unit(s): T60, T95 SN-C13

01/29/2021 03:11:01 MBruce SN0435 Toning Action Successfully played tones at the following station(s): STA 60, STA 95 for the following unit(s): T60, T95 SN-C13

01/29/2021 02:58:39 MBruce SN0435 Incident Created Added Incident Number, ORI: 31D15 , Number: 2021-00000081

01/29/2021 03:11:01 MBruce SN0435 Unit Recommendation Recommendation accepted for units: T60, T95.

01/29/2021 03:11:01 MBruce SN0435 Unit Status Action Unit T60 Dispatched SN-C13

01/29/2021 03:11:01 MBruce SN0435 Unit Location Unit T60 Secondary Location: Secondary Location SN-C13

01/29/2021 03:10:41 MBruce SN0435 Unit Recommendation Recommendation viewed for units : T60 SN-C13

01/29/2021 03:10:39 MBruce SN0435 Unit Recommendation Additional recommendation requests modified: SN-C13

Aid 87 Unit Status Action Unit A87 Enroute AM-MDC7776

(C) Tender Unit Status Action Unit T43 Enroute SN-C13

01/29/2021 03:10:24 MBruce SN0435 Unit Status Action Unit T68 Enroute SN-C13

01/29/2021 03:10:17 MBruce SN0435 Unit Recommendation Recommendation viewed, no units in recommendation. SN-C13

01/29/2021 03:10:10 MBruce SN0435 Unit Recommendation Recommendation viewed, no units in recommendation. SN-C13

01/29/2021 03:09:59 CPorter SN1057 Narrative Added THIS RP IS STEPHANIE PHILLIPS PH/ 425 511 3953 SN-C21

01/29/2021 03:09:43 MBruce SN0435 Narrative Added LARGE BUILDING, 4000 SQFT, HEAVY INVOLVE, DEFENSIVE, CH69 127TH COMMAND, COMMAND POST TO CH69, 3 MORE TENDERS SN-C13

01/29/2021 03:09:15 CPorter SN1057 Narrative Added THIS RP OWNS THE HANGER, SAYS FLAMABLE LIQUIDS INSIDE, NO PEOPLE SHOULD BE INSIDE THO SN-C21

01/29/2021 03:09:12 MBruce SN0435 Narrative Added AA. SN-C13

01/29/2021 03:08:55 CPorter SN1057 Narrative Added ANOTHER RP CALLING IN , THIS RP AT 12312 127TH AVE NE SAYS 1 PLANE , 4 TRAILERS, BOATS AND MOTOR HOME AND SEVERAL CARS INSIDE SN-C21

01/29/2021 03:08:47 AEgan SN1070 Narrative Added NABOR BATHROOM LIGHTS JUST TURNED ON SN-C22

01/29/2021 03:08:32 MBruce SN0435 Unit Status Action Unit A87 Dispatched SN-C13

01/29/2021 03:08:32 MBruce SN0435 Unit Location Unit A87 Secondary Location: Secondary Location

2021-000018 FM CAD Report

01/29/2021 03:08:32  MBruce SN0435  Recommendation  Recommendation completed for units: A87.

01/29/2021 03:08:32  MBruce SN0435  Paging Action  Attempting to page the following pagers: ign12083-vpGjcxkP3w3bqQMp@alert.active911.com,13133663,30528-tgHa9Z7TitQCTMcv@alert.active911.com,42523883140@vtext.com  SN-C13

01/29/2021 03:08:32  MBruce SN0435  Toning Action  Successfully sent message to the Location server for the following station(s): STA 87 for the following unit(s): A87  SN-C13

01/29/2021 03:08:32  MBruce SN0435  Toning Action  Successfully played tones at the following station(s): RADON for the following unit(s): A87  SN-C13

01/29/2021 03:08:31  MBruce SN0435  Unit Recommendation  Recommendation accepted for units: A87. Cleared SN-C13  SN-C13

01/29/2021 03:08:30  MBruce SN0435  Unit Recommendation  Recommendation viewed for units : A87

01/29/2021 03:06:23  MBruce SN0435  Unit Status Action  Unit A86 Available  SN-C13

01/29/2021 03:06:32  Engine 61  Unit Status Action  Unit E61 Enroute  MF-MDC7771

01/29/2021 03:06:30  MBruce SN0435  Unit Status Action  Unit E61 Enroute  SN-C13

01/29/2021 03:06:09  AEgan SN1070  Narrative Added  AA  SN-C13

01/29/2021 03:06:00  MBruce SN0435  Narrative Added  FLAMES ARE NOW NEXT TO ANOTHER HANGAR  SN-C22

01/29/2021 03:05:44  MBruce SN0435  Unit Status Action  Unit T86 Enroute  SN-C13

01/29/2021 03:05:38  MStrange SN1038  Alerts Accessed  Viewed Alerts Tab  SN-C06

01/29/2021 03:05:15  MBruce SN0435  Narrative Added  MOVING UNITS TO TAC 4  SN-C13

01/29/2021 03:05:13  AEgan SN1070  Narrative Added  RP UNSURE IF THERE ARE ANY FLAMEABLE ITEMS INSIDE THE HANGAR  SN-C22

01/29/2021 03:04:58  MBruce SN0435  Narrative Added  RP TRYING TO KNOCK ON NABOR'S DOOR  SN-C22

01/29/2021 03:04:27  AEgan SN1070  Narrative Added  RP DIDNT SEE ANY SUSPICIOUS ACTIVITY  SN-C22

01/29/2021 03:04:12  MBruce SN0435  Unit Recommendation  Recommendation viewed, no units in recommendation.  SN-C13

01/29/2021 03:04:10  AEgan SN1070  Narrative Added  RP DIDNT SEE ANY SUSPICIOUS ACTIVITY  SN-C22

01/29/2021 03:04:07  MBruce SN0435  Unit Status Action  Unit E61 Dispatched  SN-C13

01/29/2021 03:04:07  MBruce SN0435  Unit Location  Unit E61 Secondary Location: Secondary Location

Cleared SN-C13
01/29/2021 03:04:07  MBruce SN0435  Unit Recommendation  Recommendation completed for units: T43, A86, E61.

01/29/2021 03:04:07  MBruce SN0435  Paging Action  Attempting to page the following pagers: ign12083-vpGjcxkP3w3bqQMp@alert.active911.com,1312223,1313663,1334512,1315904,16442-zhjifrkRu6nLYxHSXa1ert.active911.com,19003-PLGHg4n6Y7Esa2t@alert.active911.com,24048-3yHuTgiD5vi4ci£9@alert.active911.com,30528-tgHa9Z7TitQCTMcv@alert.active911.com,36091303516@vtext.com,4257545221@vtext.com  SN-C13

01/29/2021 03:04:07  MBruce SN0435  Toning Action  Successfully played tones at the following station(s): RADE, RADN, STA 61 for the following unit(s): T43, A86, E61  SN-C13

01/29/2021 03:04:06  MBruce SN0435  Unit Status Action  Unit A86 Dispatched  SN-C13

01/29/2021 03:04:06  MBruce SN0435  Unit Location  Unit A86 Secondary Location: Secondary Location

Cleared SN-C13
01/29/2021 02:58:39  MBruce SN0435  Incident Created  Added Incident Number, ORI: 31D04 , Number: 2021-0000276

01/29/2021 03:04:05  MBruce SN0435  Unit Status Action  Unit T83 Enroute  SN-C13

2021-0000018 FM CAD Report

```
01/29/2021 03:04:02   default_nws - default_nws   Call Type Timer   Timer Start - Interval 10m
SN-C13

01/29/2021 03:03:54   AEgan SN1070      Narrative Added ABOUT 12 FEET AWAY                                  SN-C22
01/29/2021 03:03:51   JStocker AR01101  Unit Recommendation   Unit CH69 Enroute                            AR-CH69
01/29/2021 03:03:46   MBruce SN0435     Unit Recommendation   Recommendation accepted for units : T43, A86,
                                        E61,   SN-C13
01/29/2021 03:03:45   MBruce SN0435     Unit Recommendation   Recommendation viewed for units : T43, A86,
                                        E61   SN-C13
01/29/2021 03:03:45   AEgan SN1070      Narrative Added STRUCTURE THAT IS ON FIRE IS RIGHT NEXT TO ANOTHER
                                        BUILDING   SN-C22
Status: 1   Priority: 1F
01/29/2021 03:03:40   MBruce SN0435     Call Type         Fire Call Type changed From FRC To Call Type: FCC,
                                        recommendation.   SN-C13
01/29/2021 03:03:40   default_nws - default_nws   Incident Type   Incident Type changed from FRC to
for 3Di17 Incident Number 2021-0000161 SN-C22
01/29/2021 03:03:40   default_nws - default_nws   Incident Type   Incident Type changed from FRC to
for 3D07 Incident Number 2021-00001212 SN-C22
01/29/2021 03:03:40   default_nws - default_nws   Incident Type   Incident Type changed from FRC to
for 3M08 Incident Number 2021-00001011 SN-C13
01/29/2021 03:03:40   default_nws - default_nws   Incident Type   Incident Type changed from FRC to
for 3M08 Incident Number 2021-00001011 SN-C13

01/29/2021 03:03:22   Engine 87   Unit Status Action   Unit E87 Enroute   AM-MDC7773
01/29/2021 03:03:22   Ladder 62   Unit Status Action   Unit L62 Enroute   MF-MDC7763
01/29/2021 03:03:17   MBruce SN0435   Call Updated   Fire Radio Channel Changed From FIRE TAC 03 To
FIRE TAC 04   SN-C13
01/29/2021 03:03:09   Engine 81   Unit Status Action   Unit E81 Enroute   AF-MDC4092
01/29/2021 03:03:07   MBruce SN0435   Unit Recommendation   Recommendation viewed, no units in
recommendation. SN-C13
01/29/2021 03:03:03   Medic 81   Unit Status Action   Unit M81 Enroute   AF-MDC4060
01/29/2021 03:02:39   Engine 68   Unit Status Action   Unit E68 Enroute   AR-E68
01/29/2021 03:02:31   default_nws - default_nws   Incident Type   Incident Type changed from FR to FRC
for 31D07 Incident Number 2021-0000161 SN-C22
01/29/2021 03:02:31   default_nws - default_nws   Incident Type   Incident Type changed from FR to FRC
for 31D07 Incident Number 2021-00001212 SN-C22
01/29/2021 03:02:31   default_nws - default_nws   Incident Type   Incident Type changed from FR to FRC
for 3M08 Incident Number 2021-00001011 SN-C22
01/29/2021 03:02:31   default_nws - default_nws   Incident Type   Incident Type changed from FR to FRC
for 31M08 Incident Number 2021-00000115 SN-C22
01/29/2021 03:02:30   AEgan SN1070   Call Type   Fire Call Type changed From FR To Call Type: FRC,
SN-C22
01/29/2021 03:02:23   AEgan SN1070   Narrative Added BUILDING IS NOW FALLING APART
                      Person Updated   Name: CURRY, KRISTEN , Contact Phone: (360) 658-1590
01/29/2021 03:01:53   AEgan SN1070   Narrative Added SAYING ITS NOT GETTING BETTER, DID CONFIRM THE
SN-C22
01/29/2021 03:01:48   AEgan SN1070   Narrative Added
BUILDING IS ON FIRE   SN-C22
```

# 2021-000018 FM CAD Report

| 01/29/2021 03:01:46 | MBruce SN0435 | Call Updated | Fire Radio Channel  Changed From FIRE TAC 04 To FIRE TAC 03 | SN-C13 |
| 01/29/2021 03:01:45 | Engine 66 | Unit Status Action | Unit E66 Enroute | SN-C08  MF-MDC7760 |
| 01/29/2021 03:01:33 | Dwalker SN0120 | Alerts Accessed | Viewed Alerts Tab | SN-C08 |
| 01/29/2021 03:01:30 | Cporter SN1057 | Alerts Accessed | Viewed Alerts Tab | SN-C21 |
| 01/29/2021 03:01:25 | AEgan SN1070 | Alerts Accessed | Viewed Alerts Tab | SN-C21 |
| 01/29/2021 03:01:06 | AEgan SN1070 | Narrative Added | UNSURE IF THE HOMEOWNERS ARE HOME | SN-C22 |
| 01/29/2021 03:00:51 | AEgan SN1070 | Narrative Added | CAN HEAR LOTS OF CRACKING NOISES | SN-C22 |
| 01/29/2021 03:00:48 | Dwalker SN0120 | Narrative Added | AA, BRDCST | SN-C08 |
| 01/29/2021 | AEgan SN1070 | Narrative Added | UNSURE IF THERE ARE ANY PLANES INSIDE OF IT | SN-C22 |
| 01/29/2021 03:00:40 | AEgan SN1070 | Narrative Added | SAYS ITS BILLOWING SMOKE | SN-C22 |
| 01/29/2021 03:00:37 | MBruce SN0435 | Call Updated | Fire Radio Channel  Changed From FIRE TAC 03 To FIRE TAC 04 | SN-C13 |
| 01/29/2021 03:00:12 | AEgan SN1070 | Narrative Added | RP SEES FLAMES COMING OUT WINDOWS AND LOTS OF SMOKE | SN-C22 |
| 01/29/2021 02:59:57 | MBruce SN0435 | Agency Context Added/Updated | Police Call Type Added. Call Type: INFO, Status: , Priority: 5 | SN-C13 |
| 01/29/2021 02:59:52 | MBruce SN0435 | Call Assigned | Added Police Dispatch Position FIRE-EAST | SN-C13 |
| 01/29/2021 02:59:52 | MBruce SN0435 | Unit Status Action | Unit M81 Dispatched | SN-C13 |
| 01/29/2021 02:59:52 | MBruce SN0435 | Unit Location | Unit M81 Secondary Location: Secondary Location Cleared | SN-C13 |
| 01/29/2021 02:59:52 | MBruce SN0435 | Unit Recommendation | Recommendation completed for units: CH69, CH68, L62, E68, E87, E81, E66, T83, M81. | SN-C13 |

01/29/2021 02:59:52  MBruce SN0435  Paging Action  Attempting to page the following pagers:
1gn12083-vpG(cxkP3w0bqDMd@alert.active911.com,1312727,1312751,1312775,1313663,1314455,1314512,1314551,1314551
9,1311503,1311917,1315935-1316087,1316119,18345-GRYcGfwn73dFNBZv@alert.active911.com,19903-PtGqHq4n6YTeSa2t@
alert.active911.com,24048-JYHUrgu5V14GjE90@alert.active911.com,30528-tghaBz7TttqCTMCv@alert.active911.com,36
050230730@vtext.com,360502307300vtext.com,3609130352@vtext.att.net,3609130366@txt.att.net
,3609130362@txt.att.net,3609130362@vtext.com,4253595523@vtext.com,4257544503@vtext.com,4257545160@txt
SN-C13

01/29/2021 02:59:52  MBruce SN0435  Toning Action  Successfully sent message to the Location server for
the following station(s):  CH69, CH68, L62, E68, T68, T86, T87, E81, E66, T83, M81
SN-C13

01/29/2021 02:59:52  MBruce SN0435  Toning Action  Successfully played tones at the following
station(s):  RADN, STA 62, STA 66, STA 81, STA 83  for the following unit(s): CH69, CH68, L62, E68,
T68, T86, E87, E81, E66, T83, M81
SN-C13

| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Status Action | Unit E81 Dispatched | SN-C13 |
| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Location | Unit E81 Secondary Location: Secondary Location Cleared | SN-C13 |
| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Status Action | Unit E66 Dispatched | SN-C13 |
| 01/29/2021 02:59:51 | AEgan SN1070 | Narrative Added | **S OF LOC | SN-C22 |
| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Location | Unit E66 Secondary Location: Secondary Location | SN-C13 |
| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Status Action | Unit T83 Dispatched | SN-C13 |
| 01/29/2021 02:59:51 | MBruce SN0435 | Unit Location | Unit T83 Secondary Location: Secondary Location | SN-C13 |
| 01/29/2021 02:58:39 | MBruce SN0435 | Incident Created | Added Incident Number, ORI: 31D17 | , |

## 2021-000018 FM CAD Report

Number: 2021-000001161
01/29/2021 02:58:39    MBruce SN0435    Incident Created    Added Incident Number, ORI: 31D07 ,
Number: 2021-0000121212
01/29/2021 02:59:51    MBruce SN0435    Unit Status Action    Unit T86 Dispatched    SN-C13
01/29/2021 02:59:51    MBruce SN0435    Unit Location    Unit T86 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:59:51    MBruce SN0435    Unit Status Action    Unit E87 Dispatched    SN-C13
01/29/2021 02:59:51    MBruce SN0435    Unit Location    Unit E87 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:59:50    MBruce SN0435    Unit Status Action    Unit E68 Dispatched    SN-C13
01/29/2021 02:59:50    MBruce SN0435    Unit Location    Unit E68 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:59:50    MBruce SN0435    Unit Status Action    Unit T68 Dispatched    SN-C13
01/29/2021 02:59:50    MBruce SN0435    Unit Location    Unit T68 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:58:39    MBruce SN0435    Incident Created    Added Incident Number, ORI: 31D22 ,
Number: 2021-00000115
01/29/2021 02:59:49    MBruce SN0435    Unit Status Action    Unit L62 Dispatched    SN-C13
01/29/2021 02:59:49    MBruce SN0435    Unit Location    Unit L62 Secondary Location: Secondary Location
Cleared SN-C13
01/29/2021 02:59:48    MBruce SN0435    Incident Created    Added Incident Number, ORI: 31M08 ,
Number: 2021-00001011
01/29/2021 02:59:48    MBruce SN0435    Unit Status Action    Unit CH69 Dispatched    SN-C13
01/29/2021 02:59:48    MBruce SN0435    Unit Location    Unit CH69 Secondary Location: Secondary Location
01/29/2021 02:59:48    MBruce SN0435    Unit Status Action    Unit CH68 Dispatched    SN-C13
01/29/2021 02:59:48    MBruce SN0435    Unit Location    Unit CH68 Secondary Location Updated: Secondary
Location Cleared    SN-C13
01/29/2021 02:59:48    AEgan SN1070    Narrative Added    RP CALLING FROM 12408 AND SAYS ITS 2 HOUSES DOWN

01/29/2021 02:59:48    MBruce SN0435    Unit Recommendation    Recommendation accepted for units: CH69,
CH68, L62, E68, T68, T86, E87, E81, E66, T83, M81.    SN-C13
01/29/2021 02:59:47    MBruce SN0435    Call Ready for Dispatch    Call marked ready for dispatch    SN-C13
01/29/2021 02:59:47    MBruce SN0435    Unit Recommendation    Recommendation viewed for units : CH69,
CH68, L62, E68, T68, T86, E87, E81, E66, T83, M81
01/29/2021 02:59:43    MBruce SN0435    Call Updated    Radio Channel FIRE TAC 03    SN-C13
01/29/2021 02:59:43    AEgan SN1070    Agency Context Added/Updated    Fire Call Type Added. Call Type: FR,
Status: 1, Priority: 1F    SN-C22
01/29/2021 02:59:37    AEgan SN1070    Narrative Added    RP SAYING SHE SEES HER NABOR'S HANGAR ON FIRE, FULL
BUILDING    SN-C22
01/29/2021 02:59:35    AEgan SN1070    Call Updated    Additional Location Info Removed, was 12220
SN-C22
01/29/2021 02:59:14    AEgan SN1070    Call Updated    Additional Location Info    SN-C22
01/29/2021 02:59:13    default_nws - default_nws    Alerts Retrieval    Alerts Were Successfully
Gathered For Location At Address 12220 127TH AVE NE    TTP-CAD01
01/29/2021 02:59:11    AEgan SN1070    Call Location Changed from 12408 127TH AVE NE, Lake
Stevens to 12220 127TH AVE NE, Lake Stevens    SN-C22
01/29/2021 02:58:57    AEgan SN1070    Call Updated    Additional Location Info    SN-C22
01/29/2021 02:58:42    default_nws - default_nws    Alerts Retrieval    Alerts Were Successfully

Gathered For Location At Address 12408 127TH AVE NE
01/29/2021 02:58:39    AEgan SN1070    Call Created    New Call created. Call Type: NEW CALL, Location:
12408 127TH AVE NE (360) 658-1590    SN-C22
01/29/2021 02:58:39    AEgan SN1070    Person Added    Name: CURRY, JAMES , Contact Phone: (360) 658-1590
SN-C22

2021-000018 FM CAD Report
127TH AVE NE
TTP-CAD01
SN-C22



**Snohomish County AAA** Online Government Information & Services
Washington

## Property Account Summary

2/1/2021

| Parcel Number | 30060800102900 | Property Address | 12312 127TH AVE NE , LAKE STEVENS, WA 98258-8315 |

### General Information

| | |
|---|---|
| Property Description | Section 08 Township 30 Range 06 Quarter NE LOT 28 OF LTS 26 (11-82) REC IN VOL 18 SURV PGS 136-140 AF NO 8311095001 BEING A PTN OF NE1/4 SD SEC |
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 01155 |

### Property Characteristics

| | |
|---|---|
| Use Code | 111 Single Family Residence - Detached |
| Unit of Measure | Acre(s) |
| Size (gross) | 5.00 |

### Related Properties

No Related Properties Found

### Parties

| Role | Percent | Name | Address |
|---|---|---|---|
| Taxpayer | 100 | M PHILLIPS STEPHEN H JR\PHILLIPS S | 12312 127TH AVE NE, LAKE STEVENS, WA 98258 |
| Owner | 100 | PHILLIPS STEPHEN HENRY JR & STEPHANIE MAE | 12312 127TH AVE NE, LAKE STEVENS, WA 98258-8315 |

### Property Values

| Value Type | Tax Year 2020 | Tax Year 2019 | Tax Year 2018 | Tax Year 2017 | Tax Year 2016 |
|---|---|---|---|---|---|
| Taxable Value Regular | $781,100 | $631,600 | $599,400 | $524,100 | $514,900 |
| Exemption Amount Regular | | | | | |
| Market Total | $781,100 | $631,600 | $599,400 | $524,100 | $514,900 |
| Assessed Value | $781,100 | $631,600 | $599,400 | $524,100 | $514,900 |
| Market Land | $219,000 | $214,000 | $207,400 | $149,900 | $149,900 |
| Market Improvement | $562,100 | $417,600 | $392,000 | $374,200 | $365,000 |
| Personal Property | | | | | |

### Active Exemptions

No Exemptions Found

### Events

| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 04/18/2018 | | Excise Processed | Temporary Excise: T075707 Finalized to: E101878 |

|  | 04/18/2018 14:22:19 |  |  |
|---|---|---|---|
| 04/16/2018 | 05/21/2018 08:48:00 | Owner Terminated | Property Transfer Filing No.: E101878 04/16/2018 by sasmcb |
| 04/16/2018 | 05/21/2018 08:48:00 | Owner Added | Property Transfer Filing No.: E101878 04/16/2018 by sasmcb |
| 04/16/2018 | 04/18/2018 14:22:00 | Excise Processed | Property Transfer Filing No.: T075707, submitted by eREET 04/16/2018 by ASCEREET |
| 09/01/2017 | 09/01/2017 13:59:00 | Taxpayer Changed | Party/Property Relationship by strkae |
| 09/14/2015 | 09/14/2015 13:09:00 | Tax Bill Recalculation | Board of Equalization for 2015 performed by strgmm |
| 08/31/2015 | 08/31/2015 11:33:00 | Value Modification | Type: Reconvene Request, Status: Approved, Tax Year: 2015 by sasdas |
| 04/16/2015 | 04/16/2015 10:10:00 | Value Modification | Type: Reconvene Request, Status: Initiated, Tax Year: 2015 by sasdas |
| 04/01/2014 | 04/01/2014 08:40:47 | Excise Processed | Temporary Excise: T006696 Finalized to: E035450 |
| 03/31/2014 | 03/31/2014 15:52:47 | Excise Processed | Temporary Excise: T006671 Finalized to: E035425 |
| 03/20/2014 | 04/02/2014 08:09:00 | Owner Terminated | Property Transfer Filing No.: E035425 03/20/2014 by sasset |
| 03/20/2014 | 04/02/2014 08:09:00 | Owner Added | Property Transfer Filing No.: E035425 03/20/2014 by sasset |
| 03/20/2014 | 04/01/2014 08:40:00 | Excise Processed | Property Transfer Filing No.: T006696, submitted by eREET 03/20/2014 by ASCEREET |
| 03/20/2014 | 03/31/2014 15:52:00 | Excise Processed | Property Transfer Filing No.: T006671, submitted by eREET 03/20/2014 by ASCEREET |
| 09/28/2001 | 09/28/2001 15:36:00 | The situs address has changed | by saslch |
| 07/10/2001 | 07/10/2001 10:50:00 | Taxpayer Changed | Party/Property Relationship by strsjb |
| 12/26/2000 | 12/26/2000 13:25:00 | Tax Code Area Change | Property Maintenance Changed TCA from: 05090 TO 01155 for tax year 2001. |

## Tax Balance

## Distribution of Current Taxes

| District | Rate | Amount | Voted Amount | Non-Voted Amount |
|---|---|---|---|---|
| ARLINGTON SCHOOL DIST NO 16 | 2.54 | $1,985.93 | $1,985.93 | $0.00 |
| FIRE DISTRICT 22 | 1.85 | $1,444.16 | $272.51 | $1,171.65 |
| SNO-ISLE INTERCOUNTY RURAL LIBRARY | 0.44 | $344.55 | $0.00 | $344.55 |
| SNOHOMISH COUNTY - ROAD | 1.09 | $854.21 | $0.00 | $854.21 |
| SNOHOMISH COUNTY-CNT | 0.67 | $519.79 | $0.00 | $519.79 |
| STATE | 2.87 | $2,239.93 | $0.00 | $2,239.93 |
| SNOHOMISH CONSERVATION DISTRICT |  | $8.40 | $0.00 | $8.40 |
| STATE FOREST FIRE |  | $17.90 | $0.00 | $17.90 |
| SURFACE WATER - SWM068000 |  | $122.00 | $0.00 | $122.00 |
| TOTAL |  | 9.46 | $7,536.87 | $2,258.44 | $5,278.43 |

## Pending Property Values

| Pending Tax Year | Market Land Value | Market Improvement Value | Market Total Value | Current Use Land Value | Current Use Improvement | Current Use Total Value |
|---|---|---|---|---|---|---|
| 2021 | $255,000.00 | $612,800.00 | $867,800.00 | $0.00 | $0.00 | $0.00 |

## Levy Rate History

| Tax Year | Total Levy Rate |
|---|---|
| 2020 | 9.459184 |
| 2019 | 9.238149 |
| 2018 | 11.609017 |

## Real Property Structures

| Description | Type | Year Built | More Information |
|---|---|---|---|
| 1 Story w/Basement | Dwelling | 2001 | View Detailed Structure Information |

## Receipts

| Date | Receipt No. | Amount Tendered | Amount Due |
|---|---|---|---|
| 10/08/2020 13:42:00 | 11188096 | $3,768.44 | $3,768.44 |
| 04/09/2020 00:00:00 | 10916049 | $3,768.43 | $7,536.87 |
| 10/28/2019 00:00:00 | 10785311 | $2,975.03 | $2,975.03 |
| 04/23/2019 00:00:00 | 10520434 | $2,975.03 | $5,950.06 |
| 10/12/2018 00:00:00 | 10086990 | $3,536.32 | $3,536.32 |
| 04/24/2018 08:29:00 | 9958927 | $3,536.32 | $7,072.64 |
| 08/09/2017 11:23:00 | 9478060 | $3,066.42 | $3,066.42 |
| 04/06/2017 00:00:00 | 9215387 | $3,066.41 | $6,132.83 |
| 10/05/2016 00:00:00 | 8937125 | $3,160.44 | $3,160.44 |
| 04/04/2016 00:00:00 | 8651560 | $3,160.44 | $6,320.88 |

## Sales History

| Sale Date | Entry Date | Recording Date | Recording Number | Sale Amount | Excise Number | Deed Type | Transfer Type | Grantor (Seller) | Grantee (Buyer) | Other Parcels |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2014 | 03/31/2014 | 03/20/2014 | | $620,000.00 | E035425 | W | S | ADAMS BRADLEY M & DEBRA J | HADLER EARL P | No |
| 03/20/2014 | 03/31/2014 | 03/20/2014 | | $0.00 | E035450 | QC | S | HADLER DEBORAH J | HADLER EARL P | No |
| 04/16/2018 | 04/18/2018 | 04/16/2018 | | $760,000.00 | E101878 | WP | S | HADLER EARL ESTATE | PHILLIPS STEPHEN HENRY JR & STEPHANIE MAE | No |

## Property Maps

| Neighborhood Code | Township | Range | Section | Quarter | Parcel Map |
|---|---|---|---|---|---|
| 4509002 | 30 | 06 | 08 | NE | View parcel maps for this Township/Range/Section |



**Snohomish** Online Government Information & Services
**County**
**Washington**

**Structure Information**
Close Window

*General Description*

| | |
|---|---|
| Parcel Number | **30060800102900** (R01) |
| Structure Class | **Dwelling** |
| Structure Type | **1 Story w/Basement** |
| Year Built | **2001** |

*Exterior Features*

| | |
|---|---|
| Foundation | **Conc or CB** |
| Exterior | **Siding-Lap** |
| ROOF Type | **Gable**    Pitch **Medium**    Cover **Composition** |

*Interior Features*

| | |
|---|---|
| Bedrooms | **3** |
| Full or 3/4 Baths | **2**    1/2 Baths **1** |
| Heat | **Heat Pump** |
| Fireplace | **Fireplace - gas** |

*Floor Area*

| | |
|---|---|
| Floor | **1**    Base SF **1729**    Finished SF **1729** |
| Floor | **B**    Base SF **881**    Finished SF **881** |

*Septic Systems & Wells*

| | |
|---|---|
| Septic System(s) | **Yes** |

*Garage(s), Carport(s) and major outbuilding(s)*

| | |
|---|---|
| Attached Garage SF | **784** |
| Detached Garage SF | **3510** |
| Frame Utility SF | **2400** |

*Other Features*







Approximate location of fire



## Snohomish County Fire Marshal's Office

Case # 2021-000018

Date: 01/29/2021

Location: 12312 127th Ave NE, Lake Stevens, WA. 98258

Case Number: 2021 - 000018

# SNOHOMISH COUNTY
## Office of the County Fire Marshal

### NOTICE OF RELEASE OF PREMISES

RE: Premises located at: 12312  127ᵗʰ Ave NE, Lake Stevens
Washington.  Date: 01/29/2021          Time: 1236
Notice is hereby given at the above date and time that the Snohomish County Fire Marshal's Office is removing all personnel from the premises indicated above.  Possession and control of such premises is returned to the owner, occupant or other such designated person responsible for such premises.

This notice is given so that the responsible person for the premises may take such action as necessary or desirable for the protection of the premises and/or contents therein.

**SPECIAL INSTRUCTIONS:**

1. *Maintain a fire watch, once the fire department leaves the scene.  Immediately call 911, if smoke or flame appears.*
2. *Do not enter the structure for any reason.  Unsafe conditions exist throughout the interior and the exterior.*
3. *If you have questions concerning the incident or if you have additional information, contact our office @ 425. 388.3557.*
4. *Contact your insurance company, as soon as possible and report the loss.  If evidence is **tagged**, advise your insurance company.  The Office of the Fire Marshal suggests that you do not tamper, alter, manipulate, remove, damage, test or destroy this object, so the integrity of the evidence may be maintained, in the event another party whishes to investigate the circumstances surrounding the fire.*

*I certify that control of the premises and/or contents therein, have been returned to me and that I am responsible for protection of such premises and/or contents and evidence if present.*

Signed: Stephanie Phillip          Stephanie Phillips
          (Signature)                  (Print Name)

Address: 12312  127ᵗʰ Ave NE    Lake Stevens  98258

Phone: (425) 442-3953

Property released to the above by:

425. 388.3557  A. PARKER  FMSISO



N

2021.000018
01/29/2021
17212 127 Ave NE
LLS, WA 98258
D. Lorentzen, FMS147

60'

Hangar/garage

40'

Area 30' ×30'

32'

motohome

garage

shop

enclosed) lean-to

39'

97'

Not to Scale



DSC_0001  DSC_0002  DSC_0003  DSC_0004  DSC_0005

DSC_0006  DSC_0007  DSC_0008  DSC_0009  DSC_0010

DSC_0011  DSC_0012  DSC_0013  DSC_0014  DSC_0015

DSC_0016  DSC_0017  DSC_0018  DSC_0019  DSC_0020

DSC_0021  DSC_0022  DSC_0023  DSC_0024  DSC_0025

DSC_0026  DSC_0027  DSC_0028  DSC_0029  DSC_0030

DSC_0031  DSC_0032  DSC_0033  DSC_0034  DSC_0035





DSC_0071   DSC_0072   DSC_0073   DSC_0074   DSC_0075

DSC_0076   DSC_0077   DSC_0078   DSC_0079   DSC_0080

DSC_0081   DSC_0082   DSC_0083   DSC_0084   DSC_0085

DSC_0086   DSC_0087   DSC_0088   DSC_0089   DSC_0090

DSC_0091   DSC_0092   DSC_0093   DSC_0094   DSC_0095

DSC_0096   DSC_0097   DSC_0098   DSC_0099   DSC_0100

DSC_0101   DSC_0102   DSC_0103   DSC_0104   DSC_0105



DSC_0106    DSC_0107    DSC_0108    DSC_0109    DSC_0110

DSC_0111    DSC_0112    DSC_0113    DSC_0114    DSC_0115

DSC_0116    DSC_0117    DSC_0118    DSC_0119    DSC_0120

DSC_0121    DSC_0122    DSC_0123    DSC_0124    DSC_0125

DSC_0126    DSC_0127    DSC_0128    DSC_0129    DSC_0130

DSC_0131    DSC_0132    DSC_0133    DSC_0134    DSC_0135

DSC_0136    DSC_0137    DSC_0138    DSC_0139    DSC_0140



DSC_0141     DSC_0142     DSC_0143     DSC_0144     DSC_0145

DSC_0146     DSC_0147     DSC_0148     DSC_0149     DSC_0150

DSC_0151     DSC_0152     DSC_0153     DSC_0154     DSC_0155

DSC_0156     DSC_0157     DSC_0158     DSC_0159     DSC_0160

DSC_0161     DSC_0162     DSC_0163     DSC_0164     DSC_0165

DSC_0166     DSC_0167     DSC_0168     DSC_0169     DSC_0170

DSC_0171     DSC_0172     DSC_0173     DSC_0174     DSC_0175



DSC_0176 DSC_0177 DSC_0178 DSC_0179 DSC_0180

DSC_0181 DSC_0182 DSC_0183 DSC_0184 DSC_0185

DSC_0186 DSC_0187 DSC_0188 DSC_0189 DSC_0190

DSC_0191 DSC_0192 DSC_0193 DSC_0194 DSC_0195

DSC_0196 DSC_0197 DSC_0198 DSC_0199 DSC_0200

DSC_0201 DSC_0202 DSC_0203 DSC_0204 DSC_0205

DSC_0206 DSC_0207 DSC_0208 DSC_0209 DSC_0210



DSC_0211  DSC_0212  DSC_0213  DSC_0214  DSC_0215
DSC_0216  DSC_0217  DSC_0218  DSC_0219  DSC_0220
DSC_0221  DSC_0222  DSC_0223  DSC_0224  DSC_0225
DSC_0226  DSC_0227  DSC_0228  DSC_0229  DSC_0230
DSC_0231  DSC_0232  DSC_0233  DSC_0234  DSC_0235
DSC_0236  DSC_0237  DSC_0238  DSC_0239  DSC_0240
DSC_0241  DSC_0242  DSC_0243  DSC_0244  DSC_0245



DSC_0281

DSC_0282

DSC_0283

DSC_0284

DSC_0285

DSC_0286

DSC_0287

DSC_0288

DSC_0289

DSC_0290

DSC_0291

DSC_0292

DSC_0293

DSC_0294

DSC_0295

DSC_0296

DSC_0297

DSC_0298

DSC_0299

DSC_0300

DSC_0301

DSC_0302

DSC_0303

DSC_0304

DSC_0305

DSC_0306

DSC_0307

DSC_0308

DSC_0309

DSC_0310

DSC_0311

DSC_0312

DSC_0313

DSC_0314

DSC_0315



DSC_0316  DSC_0317  DSC_0318  DSC_0319  DSC_0320
DSC_0321  DSC_0322  DSC_0323  DSC_0324  DSC_0325
DSC_0326  DSC_0327  DSC_0328  DSC_0329  DSC_0330
DSC_0331  DSC_0332  DSC_0333  DSC_0334  DSC_0335
DSC_0336  DSC_0337  DSC_0338  DSC_0339  DSC_0340
DSC_0341  DSC_0342  DSC_0343  DSC_0344  DSC_0345
DSC_0346  DSC_0347  DSC_0348  DSC_0349  DSC_0350





DSC_0386          DSC_0387          DSC_0388          DSC_0389          DSC_0390

DSC_0391          DSC_0392          DSC_0393          DSC_0394          DSC_0395