The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Stephen and Stephanie Phillips,<br><br>Plaintiff,<br><br>vs.<br><br>NORCOLD, INC., a foreign corporation,<br><br>Defendant. | No. 2:23-cv-00231-JNW<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTED FOR HEARING: October 6, 2025 WITHOUT ORAL ARGUMENT |

## I.    STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Encompass Insurance Company as subrogee of Stephen and Stephanie Phillips ("Plaintiff") and Defendant Norcold LLC f/k/a Norcold, Inc., by and through their undersigned attorneys of record, hereby stipulate and agree that all of Plaintiff's claims in this action shall be DISMISSED with prejudice and without fees or costs to any party. The basis for this stipulation is that the entire lawsuit has been fully, finally, and forever resolved by the parties outside of Court.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

IT IS SO STIPULATED:

Dated this 6th day of October, 2025.

SHUMSKY & BACKMAN

*/s/ Brent J. Hardy*
George M. Shumsky, WSBA No. 33915
Brent J. Hardy, WSBA No. 45405

**Attorneys for Plaintiff, Encompass Insurance Company**

WILSON SMITH COCHRAN DICKERSON

*/s/ Dylan E. Jackson*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
**Attorneys for Defendant, Norcold LLC f/k/a Norcold, Inc.**

COKINOS | YOUNG

*/s/ Todd M. Foss*
J. Parker Fauntleroy, Jr. (Pro Hac Vice)
Todd M. Foss (Pro Hac Vice)
Mitchell R. Powell (Pro Hac Vice)
**Attorneys for Defendant, Norcold LLC f/k/a Norcold, Inc.**

II.    ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiff Encompass Insurance Company as subrogee of Stephen and Stephanie Phillips in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DONE this 8th day of October, 2025

*[signature]*
The Honorable Judge Jamal N. Whitehead

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273